**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CORT ANCMAN and EILEEN ANCMAN**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.: 05-455C |
| | ) | (Judge Sweeney) |
| **THE UNITED STATES**, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Counsel for the Plaintiffs was directed by the Court to obtain an ECF account by December 15, 2007. After compliance by counsel, the Court ordered on January 3, 2007, that all future filings be in electronic form.

Counsel for the Plaintiffs previously submitted and was granted a request for an Enlargement of Time in this action of forty-five days until January 19, 2007. Counsel for the United Sates has not previously submitted a request for an Enlargement of Time.

Accordingly, counsel moves pursuant to Rule 6.1 of the rules of the United States Court of Federal Claims for an Enlargement of Time of **seventeen days** until **February 5, 2007** to adequately insure that counsel is technically able to conform to the Court's order with regard to filing the response, including exhibit.

Counsel for the United States has been contacted and does not oppose this motion.

Dated this 17th day of January 2007.

**ELECTRONICALLY FILED** on January 17, 2007.

s/Margaret K. Krasik
Counsel for the Plaintiffs
Duquesne University, School of Law
600 Forbes Avenue, Edward J.
Hanley Hall Pittsburgh, PA 15282
(412) 396-6302 Fax: (412) 396-4014