# In the United States Court of Federal Claims

No. 05-455 C
(Filed: January 22, 2007)

| | |
|---|---|
| *********************************** | |
| CORT ANCMAN and EILEEN ANCMAN, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

On January 17, 2007, plaintiffs filed a second unopposed Motion for Enlargement of Time in which to file their response to defendant's motion to dismiss. Plaintiffs' motion is **GRANTED**.

Accordingly, plaintiffs shall file their response to defendant's motion to dismiss **no later than Monday, February 5, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge