# In the United States Court of Federal Claims

No. 05-455 C
(Filed: February 21, 2007)

***********************************
CORT ANCMAN and EILEEN ANCMAN, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 20, 2007, defendant in the above-captioned case filed Defendant's Unopposed Motion for an Enlargement of Time to Reply to Plaintiffs' Response to the Government's Motion to Dismiss, or in the Alternative, Motion for Judgment Upon the Administrative Record. Defendant's motion is **GRANTED**.

Accordingly, defendant shall file its reply in support of its motion **no later than Monday, March 12, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge