***BY ORDER OF THE SECRETARY OF THE AIR FORCE***

***AIR FORCE INSTRUCTION 36-3203***

***10 AUGUST 1994***

***Personnel***

# *SERVICE RETIREMENTS*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the SAF/AAD WWW site at: http://afpubs.hq.af.mil. If you lack access, contact your Publishing Distribution Office (PDO).

---

OPR: HQ AFMPC/DPMARR (Mary Dauphine)

Certified by: HQ AFMPC/DPMA (Col L. Dee Miller)

Supersedes AFRs 35-7, 1 October 1987 and 35-21,5 August 1983

Pages: 108

Distribution: F

---

This instruction sets procedures for carrying out laws, policies and DoD directives that govern retirements for service (but not for physical disability). Physical disability retirement procedures are in Air Force Instruction (AFI) 36-3212, *Physical Evaluation for Retention, Retirement, and Separation.* It also implements Air Force Policy Directive 36-32, *Military Retirements and Separations.* It applies to commissioned officers and enlisted members of the Regular and Reserve components of the US Air Force and to former members of the US Air Force Reserve components who are age 60. **Attachment 1** lists references, abbreviations, acronyms, terms, and addresses.

This instruction requires personnel to collect and maintain information protected by the Privacy Act of 1974 under the authority of Title 10, United States Code (U.S.C.), Armed Forces Sections 631, 632, 633, 634, 635, 636, 638, 1251, 1331, 8911, 8914, 8917, 8918, and 8924 and Executive Order 9397. The required Privacy Act Statement is in attachment 2 and in prescribed forms. System of Records Notice F035 AF M PC- *Military Personnel Records System,* applies. Process supplements that affect any military personnel function as shown in AFI 37-160, volume 1, table 3.2, *The Air Force Publications and Forms Management Programs--Developing and Processing Publications* (formerly Air Force Regulation (AFR) 5-8).

## *SUMMARY OF REVISIONS*

This is the initial publication of AFI 36-3203 substantially revising AFRs 35-7, *Service Retirements* , 1 October 1987 and 35-21, *Dropping Retired Military Personnel from the Rolls of the Air Force,* 5 August 1983. It deletes AF Form 2656, ( **Retirement Special Order - Certain Non-Regular Officers not on Extended Active Duty** ); figure 6-1, and tables 6-1 and 6-2, incorporating the information into paragraphs within the chapter; and figures 7-1 and 7-2 since that information is available in Title 10 U.S.C. It places responsibility for publishing and authorizing active duty service retirement orders due to the decentralization of all Air Force orders at either AFMPC/DPMAR, ARPC/DPAR or USAF/DPOB. It places responsibility for publishing orders appointing enlisted members as commissioned officers of the

Reserve at HQ AFMPC/DPMAR. It includes the temporary provision for colonels and lieutenant colonels of having 3 years time-in-grade to 2 years for eligibility to voluntarily retire in grade and of having 8 years of commissioned service versus 10 years to voluntarily retire; clarifies that the Secretary of the Air Force has the authority to lengthen or shorten the retirement application window for specified categories of members; adds **Chapter 10**, Dropping Retired Military Personnel from the Rolls of the Air Force; adds provisions of taking PTDY for job or house hunting in conjunction with retirement; expands grade determination criteria; adds new Entitlements Information Fact Sheets ( attachment 4 and attachment 5 ); adds a new attachment 11 , Procedures Associated with Air National Guard, (ANG), Active Guard Reserve (AGR), and Other ANG Active Duty Retirements; adds that members may retire with a minimum of 15 years service under the temporary early retirement program; changes application window from 12 months to 90 days prior to desired retirement date to 12 months to 120 days prior to desired retirement date; changes the requirement for overseas members to retire at an authorized CONUS Port of Entry to a Selected Processing Base of Choice in the United States; changes the criteria for award of the Presidential letter of appreciation and provides for waiver of Air Force TIG restrictions when retired pay is considered under the Tower amendment.

**Chapter 1— RESPONSIBILITIES** **8**

1.1. Department of Defense (DoD) Committees. ........ 8

1.2. The Military Personnel Flight (MPF). ........ 8

1.3. The Colonels Group, Support Division (AFDPOB) ........ 8

1.4. Assistant for General Officer Matters (AFDPG) ........ 8

1.5. The Retirements Section, Air Force Military Personnel Center (HQ AFMPC/DPMARR2 ........ 8

1.6. The Retirements Branch, Air Reserve Personnel Center (HQ ARPC/DPAR) ........ 8

**Chapter 2— GENERAL INFORMATION, PLACE OF RETIREMENT AND RESTRICTIONS ON RETIREMENTS** **9**

Section 2A General Information 9

2.1. Eligibility. ........ 9

Section 2B Place of Retirement 9

2.2. General Rules. ........ 9

2.3. Overseas Duty Station. ........ 10

2.4. Separation Processing Base of Choice (SPBC). ........ 10

2.5. Overseas Processing Base Responsibilities: ........ 11

2.6. Separation Processing Base of Choice (SPBC) or Appropriate Separation Processing Base (ASPB) Responsibilities. ........ 12

2.7. Travel and Transportation Entitlements for Overseas Retirees. ........ 12

2.8. Leave in Connection with Retirement. ........ 12

2.9. Permissive Temporary Duty (PTDY) in Connection with Retirement. .................... 13
2.10. Application of Medal of Honor Recipient. .................................................... 13
2.11. Approval and Disapproval Authority. ........................................................... 13
2.12. Retirement Orders. ........................................................................................ 13
2.13. Publishing Orders. ......................................................................................... 14
2.14. Rescinding and Amending Orders. ................................................................ 14
2.15. Reserve Status of Retired Member. ................................................................ 14
2.16. Retired Members Ordered to Active Duty. ..................................................... 14

Section 2C Retirement Restrictions 14

2.17. General Information on Retirement Restrictions. ........................................... 14
2.18. Waiver of Restrictions. ................................................................................... 14
2.19. Seven-Day Option (7DO). ............................................................................... 15
2.20. Retirement in Conjunction with High Year Tenure (HYT) Date. ........................ 17
2.21. Request for Withdrawal or Change of Month. ................................................. 18
2.22. Request for Extension Beyond a Date of Separation (DOS). ............................ 19

Table 2.1. Conditions that Preclude Submission or Processing of Retirement Application. ...... 19

Table 2.2. Restrictions on Retirement That May Be Waived In The Best Interest Of The Air Force Or For Hardship Not Common To Other Air Force Members. .............. 20

Table 2.3. Retirement Under 7-Day Option. ............................................................ 27

**Chapter 3— VOLUNTARY RETIREMENT IN OFFICER OR ENLISTED STATUS** **31**

3.1. Voluntary Authority. ........................................................................................ 31
3.2. General Procedures. ......................................................................................... 31
3.3. Application by Members Assigned to Geographically Separated Unit (GSU). ........ 32
3.4. Application by General Officers. ...................................................................... 32
3.5. Application by Members of Reserve Components Not on Extended Active Duty. .. 33
3.6. Application for Release From Active Duty to Revert to Retired Status. .................. 34
3.7. Retired Pay Increase Due to Extraordinary Heroism. ........................................... 34
3.8. Officers Desiring Retirement in Enlisted Status. .................................................. 35
3.9. Immediate Retirement of Members Removed From the Temporary Disability Retired List (TDRL). ........................................................................................... 35
3.10. Suspension or Curtailment of Voluntary Retirement Due to National Emergency (Stop Loss). ............................................................................................. 36

Table 3.1. Voluntary Retirement. .......... 36

Table 3.2. Preparing And Processing Application For Voluntary Retirement. .......... 37

**Chapter 4— MANDATORY RETIREMENT** **41**

4.1. Applicability. .......... 41

4.2. Mandatory Retirement Date. .......... 41

4.3. Service for Mandatory Retirement. .......... 41

4.4. Uniform Retirement Date. .......... 41

4.5. Notification of Mandatory Retirement. .......... 41

4.6. Actions Following Notification. .......... 42

4.7. Voluntary Retirement on the Mandatory Retirement Date. .......... 42

4.8. Tenure and Retirement of Permanent Academy Professors. .......... 43

4.9. Recall or Retention of Regular Officers Beyond Mandatory Retirement Date. .......... 43

4.10. Right to Retire Under Prior Law. .......... 43

4.11. Selective Early Retirement. .......... 44

4.12. Special Selection Board (SSB). .......... 44

4.13. Suspension of Mandatory Retirement of Regular Officers Due to War or National Emergency (Stop Loss). .......... 45

Table 4.1. Mandatory Retirement of Officers. .......... 46

**Chapter 5— RETIREMENT MEDICAL EXAMINATION** **49**

5.1. Standard Medical Examination. .......... 49

5.2. Optional Examination. .......... 49

5.3. Mandatory Examination. .......... 49

5.4. Administrative Guidelines: .......... 49

5.5. Physical Examination of General Officers and Medical Service Officers: .......... 50

5.6. Surgical Treatment Before Effective Date of Retirement. .......... 51

5.7. Procedures for Initiating a Medical Hold. .......... 51

**Chapter 6— RECOGNITION ON RETIREMENT** **53**

6.1. Recognition of Members Being Retired. .......... 53

6.2. DD Form 363AF, Certificate of Retirement. .......... 54

6.3. AF Form 1344, Certificate of Appreciation (for Husbands), and AF Form 1346, Certificate of Appreciation (for Wives). .......... 55

6.4. AF Form 951, Certificate of Transfer to the Retired Reserve. .......... 55

6.5. AF Form 423, Certificate of Appreciation (for Husbands of Selected Reserve Retirees), and AF Form 953, Certificate of Appreciation (for Wives of Selected Reserve Retirees). .......... 56

6.6. Presidential Recognition on Retirement from Military Service. .......... 56

6.7. Preparing Retirement Documents. .......... 57

**Chapter 7— DETERMINING RETIRED GRADE AND PAY** **59**

7.1. General Information. .......... 59

7.2. General Rules on Retired Grade: .......... 59

7.3. Higher Retired Grade for Regular Commissioned Officers in Special Positions. .......... 60

7.4. Advancing Regular Enlisted Members to a Higher Grade After 30 Years of Service: 60

7.5. Satisfactory Service in a Higher Grade. .......... 60

7.6. General Information On Retired Pay Computation. .......... 61

7.7. Recomputation of Retired Pay To Show Advancement on the Retired List. .......... 63

7.8. Recomputation of Retired Pay To Show Later Active Duty. .......... 63

7.9. Computing Retired Pay of a Member Involuntarily Reduced in Grade. .......... 63

Table 7.1. General Rules for Estimating Retired Pay of Members Who Entered Duty Before 8 September 1980. .......... 63

**Chapter 8— TRANSFER OR ASSIGNMENT TO THE RETIRED RESERVE** **65**

8.1. Retired Reserve. .......... 65

8.2. EAD of Members in the Retired Reserve. .......... 65

8.3. Privileges of Members of the Retired Reserve: .......... 65

8.4. Eligibility for Transfer or Assignment to the Retired Reserve. .......... 66

8.5. Grade in the Retired Reserve. .......... 67

8.6. AF Form 131, Application for Transfer to the Retired Reserve. .......... 67

8.7. Forwarding Application. .......... 67

8.8. Approval Authority. .......... 67

8.9. Units with Members Transferred to the Retired Reserve. .......... 67

Table 8.1. Grade In The Retired Reserve. .......... 68

Table 8.2. Forwarding AF Form 131, Application for Transfer to the Retired Reserve. .......... 69

Table 8.3. Approval Authority for Transfer or Assignment to the Retired Reserve. .......... 70

Table 8.4. HQ ARPC Action on Application for Transfer to the Retired Reserve. .......... 71

**Chapter 9— DETERMINING RETIRED PAY FOR NON-REGULAR SERVICE AT AGE 60** **72**

9.1. Age and Service Requirements. .......... 72

9.2. Proof of Eligibility. .......... 73

9.3. Creditable Service Before 1 July 1949. .......... 73

9.4. Creditable Service After 30 June 1949. .......... 73

9.5. Noncreditable Service. .......... 73

9.6. Converting Years of Service for Computing Retired Pay. .......... 73

9.7. General Information on Application Procedures. .......... 73

9.8. How to Apply: .......... 74

9.9. Date Retired Pay Begins. .......... 74

9.10. Approval Authority. .......... 74

9.11. AF Form 548, Reserve Retired Pay Order .......... 74

Table 9.1. Computing Years of Service and Retired Pay of Members Authorized in this Chapter. 75

Table 9.2. Preparing and Forwarding Application for Retired Pay Benefits. .......... 76

**Chapter 10—DROPPING RETIRED MILITARY PERSONNEL FROM THE ROLLS OF THE AIR FORCE** **77**

10.1. Background Information. .......... 77

10.2. DoD Policy. .......... 77

10.3. General Procedures. .......... 77

10.4. Recommendations. .......... 77

10.5. Processing Orders. .......... 77

10.6. Forms Prescribed. .......... 78

**Attachment 1—GLOSSARY OF REFERENCES, ABBREVIATIONS, ACRONYMS, TERMS AND DISTRIBUTION** **79**

**Attachment 2— SAMPLE LETTER OF APPLICATION FOR RETIRED PAY BENEFITS** **86**

**Attachment 3—RETIREMENT OPTIONS OR ENTITLEMENTS FACT SHEET** **87**

**Attachment 4—ENTITLEMENT INFORMATION FACT SHEET FOR RETIREES STATIONED OVERSEAS WITH HOS ENTITLEMENTS** **90**

**Attachment 5—ENTITLEMENT INFORMATION FACT SHEET FOR RETIREES STATIONED OVERSEAS WITH HOR ONLY ENTITLEMENTS** **93**

Attachment 6—DATA ELEMENT CODES USED IN CONNECTION WITH RETIREMENT 96

Attachment 7—PREAPPLICATION CHECKLIST 99

Attachment 8—RETIRED PAY EXAMPLES AND EXPLANATORY REMARKS 102

Attachment 9—SAMPLE LETTER FOR NOTIFYING AIR RESERVE MEMBERS OF THEIR ELIGIBILITY FOR RETIRED PAY AT AGE 60 104

Attachment 10—MINIMUM POINTS REQUIRED TO ESTABLISH A PARTIAL RETIREMENT YEAR AS SATISFACTORY FEDERAL SERVICE 105

Attachment 11—PROCEDURES ASSOCIATED WITH AIR NATIONAL GUARD (ANG), ACTIVE GUARD RESERVE (AGR), AND OTHER ANG ACTIVE DUTY RETIREMENTS 106

## Chapter 1

## RESPONSIBILITIES

**1.1. Department of Defense (DoD) Committees.**

1.1.1. The Per Diem, Travel and Transportation Allowance Committee approves the information in this AFI concerning travel and transportation entitlements.

1.1.2. The Defense Finance and Accounting Service Headquarters (DFAS-HQ) approves the information on military retired pay.

1.1.2.1. Overall DoD guidance on retired pay matters is in the DoD Military Retired Pay Manual (DoD 7000.14-R, volume 7, Part B, 30 November 1992).

**1.2. The Military Personnel Flight (MPF).** MPF prepares and processes the AF Form 1160, **Military Retirement Actions** , for Air Force members in the grades of colonel and below according to the procedures in the instructions on the reverse of the form. These instructions also specify the disposition of the copies.

1.2.1. MPF personnel make sure that each member gets a Retirement Options or Entitlement Fact Sheet ( attachment 3 ) between the start of retirement processing and receipt of retirement orders.

1.2.1.1. For members retiring overseas, the MPF provides a copy of the applicable fact sheet on entitlement information ( attachment 4 or 5 ).

**1.3. The Colonels Group, Support Division (AFDPOB)** processes the AF Form 1160 for colonels and colonel selectees.

**1.4. Assistant for General Officer Matters (AFDPG)** provides information on retirement to general officers and general officer selectees.

**1.5. The Retirements Section, Air Force Military Personnel Center (HQ AFMPC/DPMARR2 )** processes the AF Form 1160 for lieutenant colonels and below retiring from extended active duty (EAD).

**1.6. The Retirements Branch, Air Reserve Personnel Center (HQ ARPC/DPAR)** processes the AF Form 1160 for Reserve members not on EAD.

## Chapter 2

## GENERAL INFORMATION, PLACE OF RETIREMENT AND RESTRICTIONS ON RETIREMENTS

### *Section 2A—General Information*

**2.1. Eligibility.** Members are eligible to retire if they have at least 20 years of total active federal military service (TAFMS) . If members are officers and they wish to retire in their officer grade, they must also have 10 years of commissioned service.

2.1.1. As a temporary force reduction measure that expires 30 September 1995 (P.L. 102-484), and extended until 30 September 1999 (P.L. 103-160, section 561) members may be authorized early retirement (10 U.S.C. 8911 and 8914). However, as of 30 Jun 94, DoD has not implemented the extension in P.L. 103-160; therefore, the Air Force may use the temporary early retirement until 30 September 1995.

2.1.1.1. Members may retire with at least 15 but less than 20 years of service, if they meet other set criteria as determined by the Secretary of the Air Force (SAF).

2.1.1.2. An officer may have 8 years of commissioned service (lowered from 10 years) to retire in an officer grade.

2.1.2. MPFs take retirement applications from members up to 12 months, but no less than 120 days, in advance of the members meeting the minimum required service. Members must not be restricted from retiring by reasons in **Table 2.1.**, **Table 2.2.**, or paragraph **3.2.**

2.1.2.1. The 12-month limit in paragraph **3.2.** on submitting an application doesn't apply under the 7-day option (7DO) program.

2.1.3. The MPF will process any application an eligible member signs and gives to the MPF unless prohibited or delayed by a restriction in **Table 2.1.** or **Table 2.2.**

### *Section 2B—Place of Retirement*

**2.2. General Rules.** A member may retire in:

- The Continental United States (CONUS). Members assigned to a duty station in the contiguous United States retire at the duty station.
- Overseas. Members serving overseas (including Alaska, Hawaii, or a US territory or possession) retire at the overseas duty station (see paragraph **2.3.**) or at a separation processing base of choice [SPBC] (see paragraph **2.4.**).

2.2.1. Don't change the unit of assignment or permanent duty station of members who are within 8 months of retirement without first notifying:

- HQ AFMPC/DPMARR2, 550 C Street West, Ste 11, Randolph AFB TX 78150-4713.
- For colonels and colonel selectees, AFDPOB, 1040 Air Force Pentagon, Washington DC 20330-1040.

2.2.2. *EXCEPTION:* You may move members because of:

- Unit deactivation.
- Change of unit or duty station for those who have had notice to start processing for mandatory retirement.

2.2.3. See paragraph **2.4.4.** for procedure of assigning members to an authorized place of retirement that is based on publication of retirement orders.

**2.3. Overseas Duty Station.** Members may retire at the overseas base to:

- Live permanently in that country. Prior to the date of retirement, members and their family members must comply with command and host government residency rules (for member and family members).
- Live temporarily in that country and later move to a final overseas or CONUS home of selection (HOS) within the 1-year time limit set in the Joint Federal Travel Regulation (JFTR). Members and family members must comply with command and host government residency rules.
- Move immediately to another overseas site as a final HOS by the most direct route as determined by the Traffic Management Office (TMO). Members and family members must comply with the overseas HOS command and host government residency rules.
- Move directly to the final HOS in CONUS. Member must take at least 5 days of permissive TDY (PTDY) or terminal leave to use this option. In addition, members must call AFMPC to confirm arrival in the States to fulfill the Status of Forces Agreement.

**2.4. Separation Processing Base of Choice (SPBC).** An SPBC is an Air Force base in the United States (US) with an MPF and Financial Services Office (FSO) selected by the retiring member as the base nearest or most directly en route to the member's projected HOS.

2.4.1. A member has 1 year from the retirement date to make a final HOS move from the area of the SPBC to anywhere in the US.

2.4.2. Members not authorized HOS allowances may receive travel and transportation allowances from their last base to the place they actually travel, with reimbursement limited to their home of record (HOR) or the place they entered into active duty (PEIAD). These members may select the SPBC nearest to where they intend to live with travel and transportation reimbursement limited to the base closest to the member's HOR or PEIAD, whichever is greater. Therefore, these members will normally have an appropriate separation processing base (ASPB) different from their SPBC.

2.4.3. The ASPB is the base listed in separation travel orders as the place to which the member may receive full travel allowances or the location to which the member is directed to report. For retirees with HOS entitlements, the SPBC and ASPB are the same.

2.4.4. Assign the member permanent change of station (PCS) without permanent change of assignment (PCA) to the unit of the host MPF. If there is more than one MPF at the base, choose the unit of the major command (MAJCOM) in control of the base. If it is a Reserve unit, make sure the unit has a Reserve Identity Code "O" or "3" in column ARR-ID of the personnel accounting symbol (PAS) directory.

2.4.4.1. If the military needs to bring a member back to a place other than the SPBC (which becomes the ASPB), the agency that needs the member's presence asks for authorization from

HQ AFMPC/DPMARR2, AFDPOB for colonels and colonel selectees, or AFDPG for general officers and general officer selectees.

**2.5. Overseas Processing Base Responsibilities:**

2.5.1. The overseas MPF publishes PCS without PCA orders on retiring members. However, AFDPG publishes PCS without PCA orders for general officers.

2.5.2. After the MPF receives retirement orders (or a notice from HQ AFMPC/DPMARR2 or AFDPOB that they have published retirement orders), the MPF issues PCS without PCA orders that assign the member to the processing base of choice. No orders are needed if member is retiring overseas.

2.5.3. The MPF also:

2.5.3.1. Gives 25 copies of the retirement order to the member. If the member is retiring overseas, the MPF keeps the remainder of the copies for its own use.

2.5.3.2. Sends a CRT (cathode ray tube)-gram or message to the SPBC MPF at least 5 workdays before member's departure providing arrival date, retirement effective date, PTDY, terminal leave, and any other pertinent data.

2.5.3.3. Provides PCS without PCA orders that tells the member when to report to the SPBC (but no earlier than 3 workdays before retirement or the date leave is to start).

2.5.3.4. Evaluates mode of travel, travel time required, and time to deliver and pickup a privately owned vehicle (POV) at port and schedule the member's departure date.

2.5.3.5. Counsels members regarding their rights and entitlements to travel for themselves and their family members and for transportation of household goods (HHG) to a retirement home as stipulated in the JFTR.

2.5.3.6. Provides a fact sheet on entitlements information ( attachment 4 or 5 ).

2.5.3.7. Advises that travel pay is limited to the cost of traveling from the overseas duty station to the processing base to the final HOS, or from the overseas duty station directly to the HOS.

2.5.3.8. If the member's SPBC is different than the ASPB, include both in the PCS without PCA orders. Identifies the SPBC with an asterisk in the AF Form 899, **Request for Authorization for Permanent Change of Station-Military** , block title: Unit, MAJCOM and Address of Unit to Which Attached. Includes the following statement in the remarks section of this form: "Member elects to separate at (name and location of SPBC). Full TDY per diem is payable for days needed to complete processing. All other travel and transportation allowances are limited to the cost of separating at (name and location of the ASPB)."

2.5.3.9. Prepares the final DD Form 214, **Certificate of Release or Discharge from Active Duty** . ***Note: A member who is retiring at an SPBC signs the DD Form 214, but the MPF will not authenticate it in item 22.*** Such authentication could constitute legal separation from the Air Force and cause legal and jurisdictional problems as a violation of the Status of Forces Agreement signed with the host country.

2.5.4. The member hand carries the field personnel records to the SPBC so that the SPBC can verify entries on the DD Form 214.

2.5.4.1. If the member can't hand carry the records, the MPF mails them far enough in advance to arrive before the member's SPBC processing.

2.5.5. The overseas processing base MPF notifies HQ AFMPC/DPMARR2 when members are within 60 days of their projected departure date and they haven't received retirement orders.

2.5.5.1. HQ AFMPC/DPMARR2 provides the order number, fund citations, and other pertinent retirement information by message to the overseas MPF.

2.5.5.2. If the overseas MPF subsequently receives the orders, it forwards the orders to the SPBC MPF within 1 workday of receipt. The MPF also notifies the SPBC MPF by message or CRT-gram, with an information copy to the FSO, of the member's arrival.

**2.6. Separation Processing Base of Choice (SPBC) or Appropriate Separation Processing Base (ASPB) Responsibilities.** The SPBC/ASPB MPF:

2.6.1. Verifies entries on the DD Form 214 from member's field personnel records, retrieves identification (ID) cards and passports, and ensures that the member meets new ID card requirements.

2.6.2. If member requests withdrawal of retirement or change of retirement date, the SPBC or ASPB helps the member submit the AF Form 1160.

2.6.3. The local commander completes section II of the AF Form 1160.

2.6.4. The MPF obtains and includes the losing commander's recommendation.

2.6.5. The MPF mails or sends by data fax the AF Form 1160 to HQ AFMPC/DPMARR2.

2.6.6. The MPF notifies the overseas MPF if member fails to report within 72 hours of scheduled date.

**2.7. Travel and Transportation Entitlements for Overseas Retirees.** The MPF provides members with a copy of either attachment 4 or 5 , as appropriate, and advises them to contact the TMO.

2.7.1. The TMO will brief the members on their travel and transportation options specified in the JFTR.

2.7.2. The MPF computes the travel time depending on the mode of travel. Credit 1 day if by air transportation and 1 day for every 350 miles if travel is by POV. Give members 1 day each to deliver and pick up a POV at a port. Allow 3 days if a Friday is involved.

2.7.3. The FSO may give a member advanced travel pay from the overseas duty station to the port of embarkation and from the CONUS port of debarkation to the separation base or HOS. Pay advance travel pay from a processing base to a HOS subject to the limits in the JFTR, paragraph U5165.

2.7.3.1. Retiring members submit a final travel voucher to the processing base FSO.

2.7.3.2. There may be a difference in travel pay of a member and his family members. The MPF ensures members understand what travel entitlements are pertinent to them and their family members.

**2.8. Leave in Connection with Retirement.** Members who wish to take terminal leave or PTDY in connection with their retirement must apply for retirement at least 120 days before the requested date plus

the desired number of leave days or PTDY to allow enough time to process the application and issue retirement orders. Members may not depart on terminal leave or PTDY until receipt of retirement orders.

2.8.1. If the member has selected an SPBC, the MPF assigns the member PCS without PCA for retirement processing as specified in paragraph **2.4.**

2.8.1.1. Before approving the leave, the overseas commander gets the member's signature on this statement and places it in the unit relocation folder (URF) as a temporary document:

"I understand that approval of my request for leave in connection with my retirement, if granted, is only for my personal benefit and convenience. I agree to be in a leave status and to depart on the date I have shown in my leave request, or as soon as the CONUS MPF completes my processing. I won't return to a duty status before the date of my retirement ."

2.8.2. Some retiring members may take special leave in excess of 60 days. Members retiring under the 7-day option (see paragraph **2.19.**), who don't have enough time to finish retirement processing and also take this special leave, retire the 1st day of the 2nd month following the date eligible for return from overseas (DEROS).

2.8.2.1. The MPF delays the date of member's return to comply with the reporting instructions. In the personnel transaction identifier (PTI) 958, enter code "72" (Retirement under 7-Day Option) in SPEC-PROG-ID and the word "LEAVE" in the remarks section.

2.8.3. Keep personnel granted terminal leave or PTDY in connection with retirement assigned to their units. Leave taken before DEROS isn't a tour curtailment and, therefore, isn't a basis for getting an early replacement.

**2.9. Permissive Temporary Duty (PTDY) in Connection with Retirement.** Members retiring for years of service may get PTDY to help in their job or house search (see AFI 36-3003, *Military Leave Program* (formerly AFR 35-9) and paragraph **2.8.**).

**2.10. Application of Medal of Honor Recipient.** Process retirement application sent by a Medal of Honor recipient regardless of restrictions.

**2.11. Approval and Disapproval Authority.** The Secretary of the Air Force (SAF) is the final authority to approve or disapprove voluntary retirement applications. The SAF delegates this authority to the Director, Secretary of the Air Force Personnel Council (AFPC), and to designated Special Assistants when appropriate.

**2.12. Retirement Orders.** These HQs publish retirement orders:

2.12.1. HQ AFMPC/DPMARR: Orders on members retiring from extended active duty (EAD) under 10 U.S.C. 632, 633, 635, 636, 638, 8911, 8914, 8917, 8918, and 1331.

2.12.2. AFDPOB: Orders on EAD colonels retiring under 10 U.S.C. 637, 8911, and 8918.

2.12.3. HQ ARPC/DPAR: Orders on Reserve members not on EAD retiring under 10 U.S.C. 8911 or 8914.

2.12.4. The appropriate HQ generates orders on computer or publishes them on AF Form 2652, **Retirement Special Order–Service or Age** , and AF Form 2655, **Retirement Special Order–**

**Amend, Rescind, Revoke and Other Actions** . Computer-generated orders don't require a seal or signature although the word "official" must appear above the signature element.

2.12.5. HQ AFMPC/DPMARR also publishes orders appointing an enlisted member (with 10 years or more of commissioned service) as an officer in the Reserve of the Air Force and places the member on the Retired Reserve List. Such orders are authorized if they were not previously published when the member separated as an officer to then enlist as an airman to attain 20 years of active service. The member must have a Reserve appointment in order to retire as a commissioned officer.

**2.13. Publishing Orders.** Allow at least 30 days, from the date of approval notice in the personnel data system (PDS), before asking for status of retirement orders.

**2.14. Rescinding and Amending Orders.** A fully executed order, if regular and valid, is final. It may only be revoked, rescinded, or amended if there is fraud, manifest error, mathematical error, mistake of law, or substantial new evidence. Amend or rescind retirement orders in rare situations when a member is unable to complete retirement processing before the effective retirement date.

2.14.1. In circumstances such as medical hold, civil confinement, late departure from overseas, or so on, the MPF immediately notifies HQ AFMPC/DPMARR2 (or AFDPOB for colonels and colonel selectees) and sends documents to justify amendment or rescission of the retirement order. Prompt notice prevents the member from having to apply for corrective action to the Air Force Board for Correction of Military Records. Use the AF Form 2655 or a computer generated order to amend or rescind the retirement.

**2.15. Reserve Status of Retired Member.** A member of an Air Force Reserve component retired under Title 10 U.S.C. Section 8911 automatically transfers to the Retired Reserve according to 10 U.S.C. 274(1), as amended. By policy, the Air Force assigns to the Retired Reserve any other member who is or becomes a member of the Air Force Reserve at retirement.

2.15.1. A Regular or Reserve enlisted member retired under Title 10 U.S.C. Section 8914 performs active duty required by law until the active service plus inactive Reserve service totals 30 years. During the period of inactive Reserve service, Regular enlisted members also keep their status as retired enlisted members of the Regular Air Force.

**2.16. Retired Members Ordered to Active Duty.** When there is a valid requirement, the SAF may order retired members of the Regular Air Force or of the Retired Reserve who retired under 10 U.S.C. 8911 or 8914 back to active duty (10 U.S.C. 688).

***Section 2C—Retirement Restrictions***

**2.17. General Information on Retirement Restrictions.** Restrictions to retirements are in **Table 2.1.** and **Table 2.2.** In general, **Chapter 3** covers the laws that apply to retirement.

**2.18. Waiver of Restrictions.** Members applying for retirement earlier than their active duty service commitment (ADSC) date or having other restrictions to retirement as listed in **Table 2.1.** or **Table 2.2.** must request a waiver of the ADSC or restriction. The member applies for a waiver on the AF Form 1160. If they receive waiver approval, members generally may not receive approval for a later request to withdraw their retirement application to stay on active duty.

**2.18.1. Actions by the MPF.** The MPF checks the applicable blocks in section I and includes a recommendation by the member's commander. Restrictions will not be waived for those conditions in **Table 2.1.** You may ask to waive those in **Table 2.2.** for hardship or in the best interest of the Air Force. The data element codes used to apply for retirement and request a waiver are in **Table 2.2.** and attachment 6.

**2.18.2. Waiver Requests Based on Hardship.** Applicants must write what the hardship is and how early or delayed retirement would ease or eliminate it. Also, they must show that the hardship came up, or got worse, after the ADSC or restriction happened, and show what efforts they made to remedy the problem by other than a change to retirement.

2.18.2.1. To support the request for waiver based on hardship, the package must contain detailed documents like written statements, letters, or certificates (originals only) from those who know about the problem (such as a doctor or chaplain). Include statements showing the extent of the problem, and why a change to the member's retirement would solve it.

**2.18.3. Waiver Requests Based on Best Interest of the Air Force.** Applications citing "best interest of the Air Force" must clearly show how a change to the retirement would serve Air Force interests.

2.18.3.1. Although the member makes the request, the commander recommends whether the approval would be in the best interests of the Air Force and gives supporting reasons for the recommendation.

2.18.3.2. If the commander bases the recommendation on local manning conditions, include in the remarks section of the AF Form 1160 the MPF chief's comments on base level manning in the member's specialty and actions taken to remedy the situation.

**2.18.4. Waiver Justification Not Required in Certain Cases.** The appropriate HQ may approve an application without a waiver of any unfulfilled ADSC from members whose retirement date coincides with:

- An involuntary date of separation (DOS).
- An expiration of term of service (ETS).
- Reaching 30 or more years of active military service.

2.18.4.1. The MPF certifies this is the case by entry in the remarks section of the PTI 958/95A transaction (APPL-RET-SEP-NAR-RMKS) of the AF Form 1160.

**2.18.5. Making Personal Commitments Before Waiver is Approved.** MPF personnel caution members not to make any personal commitments (such as buying or selling a house or business) before they receive approval of their waiver requests.

**2.19. Seven-Day Option (7DO).** Subject to the restriction in **Table 2.2.**, members may apply for retirement according to the 7DO procedures in AFI 36-2110, *Assignments* , and in **Table 2.3.** in this AFI. Members electing this option have 7 days in which to apply to retire in lieu of accepting an assignment. A member who has an assignment selection date (ASD) may apply for retirement before receipt of the assignment notice, but the retirement date must be no later than the date in the applicable rule in **Table 2.3.**, column E. The appropriate HQ may waive the 7DO provisions only in unique or unusual circumstances.

2.19.1. The MPF completes AF Form 1160, Section III, circling the applicable PTI and special program identifier in blocks 13a and c. For enlisted members, the MPF inputs PDS transaction PTI 958 (or 95A if applicable), with SPEC-PROG-ID coded "72," for 7DO. For officers, mail the original AF Form 1160 to HQ AFMPC/DPMARR2 (or to AFDPOB for colonels and colonel selectees). Use AF Form 1160, Section IV, to show the officer's desired retirement date.

2.19.1.1. Retirement under the 7DO may be:

- No later than 12 months after the notice of assignment for lieutenant colonels and below.
- No later than the 1st day of the 4th month, for colonels and colonel selectees.

2.19.1.2. After an assignment comes through the PDS and before the MPF enters the 7DO retirement transaction in the PDS, the MPF ensures PTI 526 is in. Include the date on which the member received notice of the assignment. A valid 7DO application doesn't require PTI 520. After the appropriate HQ approves the retirement, a PTI 510 flows to the MPF to cancel the assignment, if appropriate.

2.19.1.3. If a member applying for retirement sent the application on or after the ASD, the MPF tells the member to reapply, if eligible, under the 7DO program.

2.19.1.4. If a member reapplies, the MPF updates the PDS to show the proper data code and new retirement date. If the original application is in the PDS, the MPF tells HQ AFMPC/DPMARR2 (or AFDPOB for colonels and colonel selectees) without delay that the member has reapplied. If the member is ineligible or declines to reapply under the 7DO, the MPF tells the appropriate HQ to cancel the retirement.

2.19.2. Effect of Exceptional Family Member Program (EFMP) Requests, or Assignment Reclama, on the 7-Day Option. Members eligible to apply for a 7DO retirement sign the AF Form 1160 and give it to the MPF no later than 7 calendar days after the assignment notice. Even if the member should reclama the assignment, or request deferment or reassignment for humanitarian or EFMP reasons, the 7DO period is not delayed while the deferment or reclama is in process. If the request is disapproved, the member has another 7 calendar days to apply for a hardship retirement (under paragraph **2.18.**).

2.19.2.1. Approval of an assignment reclama, humanitarian, or EFMP request doesn't, in itself, support withdrawal of a retirement request submitted under the 7DO. Members with a valid hardship may still apply for retirement under paragraph **2.18.2.** at any time after the 7DO period has passed if they can substantiate that severe personal hardship would otherwise result.

2.19.2.2. To input PTI 958 in the PDS after the 7DO period has passed, the MPF enters SPEC-PROG-ID code "70" in DIN RFI and mails documented evidence of hardship to HQ AFMPC/DPMARR2 (or to AFDPOB for colonels and colonel selectees).

2.19.3. Enlisted 7-Day Option (PCS Declination Policy). Don't confuse applying for retirement under the 7-day option (in lieu of PCS) with the separate and distinct action of declining to get retainability for reassignment by signing a PCS declination statement. Members who sign a declination statement may not apply for retirement until the appropriate assignment manager cancels the assignment and removes it from the base-level file by flow of PTI 510 to the MPF.

2.19.3.1. CONUS-assigned enlisted members with 19 or more years of total active federal military service (TAFMS) who decline to get retainability for a PCS assignment, receive an involun-

tary DOS of 6 months from assignment notice or a DOS on the last day of the month they complete:

- 20 years TAFMS.
- An ADSC.
- A CONUS maximum stabilized tour.

2.19.3.2. Eligible members apply for retirement to be effective the 1st day of the month following the established DOS or earlier.

2.19.3.3. The MPF sends retirement applications according to **Table 3.2.** In the PDS transaction PTI 958, the MPF updates SPEC-PROG-ID "72" (7-day option) to identify the application as "in lieu of PCS" and thus not subject to withdrawal.

2.19.3.4. Detailed information on PCS declinations and the impact of an involuntary DOS on retirement is in AFI 36-2110 (formerly AFR 39-11).

2.19.4. Retirement Options Available to Officers (Lieutenant Colonel and Below) Who are Ineligible to Elect the 7-Day Option. Officers, who have an ADSC more than 12 months from the date of assignment notice, may apply for retirement in lieu of PCS. If approved, retirement is on the date the member requests or on a date the SAF directs.

2.19.4.1. Officers with lengthy ADSCs will proceed on their assignments if the Air Force critically needs their services. However, they remain eligible to retire on completing their original ADSC.

2.19.4.2. The MPF completes AF Form 1160, section III, and mails it to HQ AFMPC/DPMARR2 showing the officer's requested retirement date in section IV, "Remarks."

**2.20. Retirement in Conjunction with High Year Tenure (HYT) Date.** Members request voluntary retirement to be effective no later than the 1st day of the month following the HYT date. Members apply for voluntary retirement or separate at these HYT dates:

- Staff sergeants (SSgt) and technical sergeants (TSgt) upon reaching 20 years of service.
- Master sergeants (MSgt) at 24 years of service.
- Senior master sergeants (SMSgt) at 26 years of service.
- Chief master sergeants (CMSgt) at 30 years service.

2.20.1. Members may submit requests for extension of a HYT retirement date based on extreme hardship not common to contemporaries, or best interest of the Air Force to HQ AFMPC/DPMARR2 for consideration on a case-by-case basis. Approval requires detailed evidence that the member must stay on active duty to resolve the hardship and can eliminate the problem within the extension period. The period is the time needed to solve the problem, but may not exceed 1 year.

2.20.1.1. The mission support and squadron commander may disapprove requests not meeting this criteria.

2.20.2. Wing or comparable level commanders may request HYT extensions on uniquely qualified noncommissioned officers (NCOs) filling critical positions when they are essential to the success of a vital mission and suitable replacements can't be found. Submit fully justified requests (containing unit, wing commander and MAJCOM recommendation) through command channels no earlier than

1 year and no later than 6 months before the individual's HYT. The maximum extension period is 1 year.

**2.21. Request for Withdrawal or Change of Month.** If retirement on the scheduled date will cause severe hardship for the member or the immediate family, or if it isn't in the best interest of the Air Force, submit a request for withdrawal or change of month. The request package must contain pertinent written documents. **Table 3.2.**, rules 6 and 7, show how to make these requests. Withdrawal or extension usually won't be approved if the member is retiring under the 7DO.

**2.21.1. Requests for Retirement Withdrawal or Extension of Retirement Date Based on Hardship.** The request package must tell what the hardship is and show, with written evidence, how retention on active duty will ease or solve the problem. Also, members must show that the hardship came up, or got worse, after they applied for retirement and that they could not reasonably foresee the hardship at the time they made retirement plans.

2.21.1.1. The MPF codes SPEC-PROG-ID as "70" (hardship) in the PDS transaction PTI 95A or 95B. Show in the remarks section of the transaction the date the member signed AF Form 1160.

**2.21.2. Requests for Retirement Withdrawal or Extension Based on Best Interest of the Air Force.** The member initiates these requests.

2.21.2.1. The commander or other senior official provides evidence that clearly shows it is in the best interest of the Air Force for the member to stay on active duty. A commander who recommends disapproval gives the reasons.

2.21.2.2. In the PDS transaction PTI 95A or 95B, the MPF codes the SPEC-PROG-ID "73" (best interest of the Air Force). In the remarks section show the date on which the member signed the AF Form 1160.

**2.21.3. Request for Retirement Withdrawal or Extension Based on Promotion.** These requests may be approved if the member was selected for promotion after applying for retirement. Enlisted personnel who applied for retirement under the 7DO may not apply for withdrawal or extension based on promotion.

2.21.3.1. For members selected for promotion to MSgt, SMSgt, or CMSgt, the MPF shows on the AF Form 1160 that the member has signed a statement agreeing to fulfill the promotion commitment.

2.21.3.2. The member sends the withdrawal request within 10 workdays after confirming the promotion.

2.21.3.3. Because members selected for SSgt or TSgt have no ADSC, they may retire the 1st day of the month following the effective date of promotion or extend their retirement date for up to 6 months.

2.21.3.4. In the PTI 95A or 95B, the MPF enters SPEC-PROG-ID code "71" (withdrawal or extension of retirement based on promotion). In the remarks block, show the date on which the member signed the request for withdrawal or extension.

**2.21.4. Approval.** The appropriate HQ usually approves requests for an earlier retirement date unless the date is otherwise restricted.

**2.21.5. Request for Retirement Withdrawal or Extension for Medical Reasons.** A member may not request withdrawal or extension to stay on active duty solely to resolve a medical problem or receive medical treatment. If the member's medical problems are severe enough to warrant a change of retirement date, the local medical facility uses the medical hold procedures detailed in **Chapter 5**.

**2.22. Request for Extension Beyond a Date of Separation (DOS).** The MPF may not accept or process a request to extend a retirement past the DOS of an enlisted member, or the mandatory DOS of an officer except as shown in paragraph **4.2.2.**

**Table 2.1. Conditions that Preclude Submission or Processing of Retirement Application.**

| R U L E | A<br>**If member** | B<br>**then** |
|---|---|---|
| **1** | is under investigation | MPF suspends processing of application until investigation is complete. Then if one or more of the restrictions in **Table 2.2.** apply, process accordingly. When no further action is taken after investigation is completed, return to NORMAL application processing (see note 1). |
| **2** | is serving overseas or on a CONUS maximum stabilized tour and requests retirement date beyond DEROS or tour completion date (see note 2) | member must delay submission of retirement application until arrival at new duty station, when desired date is later than the first day of month after DEROS or tour completion date. Member becomes subject to restrictions existing at that time. |
| **3** | applies for retirement on or after ASD and is not eligible to apply under paragraph **2.19.**, or applies under paragraph **2.19.** for an unauthorized date | restriction will not be waived. MPF won't accept application unless ASD is canceled. Member must proceed PCS and may not submit application until arrival at new duty station. Member is subject to any other restrictions existing at that time (see note 3). |

*NOTES*:

1. If member applied for retirement and it later develops that a restriction applies, MPF immediately notifies HQ AFMPC/DPMARR2 (or AFDPOB for colonels and colonel selectees) and the MAJCOM so that retirement processing is suspended.
2. Pertains to members who apply for retirement before ASD. If the application was submitted on or after ASD, member may apply, if eligible, under 7-day option rules (see **2.19.**paragraph 2.19 and **Table 2.3.**).
3. **2.18.2.**Paragraph 2.18.2 and paragraph **2.19.2.** show how to apply for retirement under hardship conditions.