**Table 2.2. Restrictions on Retirement That May Be Waived In The Best Interest Of The Air Force Or For Hardship Not Common To Other Air Force Members.**

| R | A | B | C | D |
|---|---|---|---|---|
| U L E | **If member** | **then restriction is waiverable** | **and cite special program ID (see note 1) and waiver code** | **and** |
| 1 | departed duty station on a CONUS-to-CONUS move on or after 15 January 1987, and will not complete 24 months on station or departed duty station on an overseas-to-CONUS tour and will not complete 12 months on station as of requested retirement date (time computed from date arrived station) (see note 2) | for hardship or in the best interest of the Air Force | 28 | MPF sends AF Form 1160 indicating basis for waiver. |
| 2 | applies for retirement less than 4 months, plus desired terminal leave (see paragraph **2.8.**) and PTDY, in advance of requested retirement date (no waiver required when application submitted under 7-day option per paragrph **2.19.**) | | 24 | |
| 3 | has not completed, as of requested retirement date, the 2-year ADSC for promotion and is not entitled to retire in a higher permanent Reserve grade (see notes 2 and 3) | | 25 | |

| RULE | A | B | C | D |
|---|---|---|---|---|
| | **If member** | **then restriction is waiverable** | **and cite special program ID (see note 1) and waiver code** | **and** |
| **4** | holds the grade of Lt Col, Col, Brigadier General or Major General and has not served on active duty at least 3 years in that grade as of the requested retirement date (see notes 4, 5 and 6) | by the President for extreme hardship or in exceptional or unusual circumstances | 26 | |
| **5** | is on an overseas tour and will not complete the ADSC as of the requested retirement date (see notes 2 and 7) | for hardship | 23 | |
| **6** | is an officer and will not complete ADSC resulting from Air Force Institute of Technology (AFIT) training as of requested retirement date | for hardship or in the best interest of the Air Force | 21 | |
| **7** | will not complete ADSC resulting from professional military education as of requested retirement date | for hardship or in the best interest of the Air Force | 22 | MPF sends AF Form 1160 indicating basis for waiver. |
| **8** | will not complete any ADSC resulting from education or training not otherwise specified herein as of requested retirement date | | 29 | |

| RULE | A | B | C | D |
|---|---|---|---|---|
| | **If member** | **then restriction is waiverable** | **and cite special program ID (see note 1) and waiver code** | **and** |
| 9 | is MC or DC officer who will not complete ADSC for additional or incentive special pay (MC); continuation pay (DC); or sponsored training, as of requested retirement date | | 30 | |
| 10 | applies for voluntary retirement during war or when war is imminent, or in an emergency as declared by the President or Congress | | 31 | |
| 11 | is subject to action initiated under AFI 36-3208 (formerly AFR 39-10) or AFI 36-3206 (formerly AFR 36-2) that could lead to involuntary discharge and is retirement- eligible as of date of application (see notes 8 and 9) | in the best interest of the Air Force | 32 | MPF sends AF Form 1160 and discharge case file to HQ AFMPC/DPMARR2 for referral to the SAF when the discharge board convening authority decides to suspend discharge processing. When the convening authority decides to complete discharge processing, the MPF returns the AF Form 1160 to the member, advising that a new application may be submitted when discharge action is complete (see note 3). |

| R U L E | A | B | C | D |
|---|---|---|---|---|
| | **If member** | **then restriction is waiverable** | **and cite special program ID (see note 1) and waiver code** | **and** |
| **12** | is subject to an action initiated under one of the following instructions that may result in an involuntary separation or demotion:<br>• AFI 36-3209 (formerly AFR 35-41 volume 3).<br>• AFI 36-3206 (formerly AFR 36-2)<br>• AFI 36-3207 (formerly AFR 36-12)<br>• AFI 36-2503 (formerly AFR 39-30)<br>and is retirement-eligible as of date of application or eligible as of date specified in applicable instruction (see notes 8, 9 and 10) | | 33 | suspend the administrative action and send case and AF Form 1160 with recommendation. Send through the MAJCOM (except for cases involving members in grade of MSgt and below that are processed under AFI 36-2503 (formerly AFR 39-30) (see note 3). |
| **13** | is in default with respect to public funds | in the best interest of the Air Force | 34 | MPF sends report of circumstances and AF Form 1160 with recommendation through the MAJCOM (see notes 3 and 11). |
| **14** | is serving under a suspended court-martial sentence and is retirement eligible as of date of application | | 35 | MPF sends pertinent courts-martial orders and AF Form 1160 with recommendation through the MAJCOM (see notes 3 and 11). |

| R U L E | A | B | C | D |
|---|---|---|---|---|
| | **If member** | **then restriction is waiverable** | **and cite special program ID (see note 1) and waiver code** | **and** |
| **15** | is under court-martial charges and trial has not begun, and member is retirement-eligible as of date of application | | 36 | MPF sends AF Form 1160 with copy of charges to the General courts-martial (GCM) convening authority. When the GCM convening authority recommends retirement before trial, MPF sends AF Form 1160, with charges and allied papers, through the MAJCOM for SAF decision (see notes 3 and 11). When GCM convening authority does not recommend retirement before trial, MPF suspends processing the application. When sentenced, AF Form 1160 is processed under rules 16 and 17 as applicable. When charges are withdrawn or dismissed, or the accused is acquitted, MPF resumes processing of AF Form 1160 (see notes 11 and 12). |
| **16** | is under court-martial sentence, including dishonorable discharge, bad conduct discharge, dismissal, or confinement at hard labor for over 6 months, and is retirement-eligible as of date of application (see notes 11 and 12) | | | MPF does not process application until sentence has been approved by convening authority and when required, by officer exercising general courts-martial jurisdiction. MPF sends AF Form 1160 with copy of staff judge advocate review and accompanying documents through the MAJCOM for SAF decision. An approved retirement does not preclude completion of a sentence to confinement. Record of trial is sent in normal course and will be made available at HQ USAF/JAJ as necessary. |

| RULE | A | B | C | D |
|---|---|---|---|---|
| | If member | then restriction is waiverable | and cite special program ID (see note 1) and waiver code | and |
| 17 | is under court-martial sentence, not including any punishment shown in rule 16 and is retirement-eligible as of date of application (see note 12) | | | MPF does not process application until approved sentence has been reviewed and found to be legally sufficient according to Article 65(c) (special or summary courts-martial), or Article 69 (general courts-martial), Uniform Code of Military Justice (UCMJ). When requested retirement date is earlier than punishment completion date, the retirement date may be delayed. However, an approved retirement does not preclude completion of a sentence to confinement (see note 11). |
| 18 | is under civil charges that, in case of conviction, may result in initiation of an administrative discharge action, and is retirement- eligible as of date of application | in the best interest of the Air Force | 37 | When nature of charges may warrant action under rule 11 or 12, MAJCOM suspends processing of application until final disposition of those charges. When charges do not warrant such suspension or final disposition does not lead to action under rules 11 or 12, MAJCOM may process application normally (see notes 3 and 11). |
| 19 | has been notified of proposed action under Article 15, Uniform Code of Military Justice (UCMJ) | | 39 | MPF does not process application until the base staff judge advocate has reviewed the Article 15, UCMJ action and found it legally sufficient. When requested retirement date is earlier than punishment completion date, the recommendation of the commander imposing punishment must indicate that punishment was or will be remitted by the requested date (see notes 3 and 11). |

***NOTES:***

1) If submitted under hardship provisions, enter special program identifier "70." If in the best interest of the Air Force, enter "73."

2) A member, who cannot serve as specified by reason of DOS, must request a retirement date effective

the 1st day of DOS month.

3) If a member has applied for retirement and it later develops that a restriction applies, the MPF immediately notifies HQ AFMPC/DPMARR2 (or AFDPOB for colonels and colonel selectees) and the MAJCOM to suspend retirement processing. Instructions under the applicable rule in this table then apply.

4) Officers who cannot justify waiver of the time-in-grade (TIG) requirement, or whose waiver request is disapproved, may ask to retire in the next lower grade held satisfactorily on active duty for at least 6 months. Show such requests in the remarks section of AF Form 1160 over the applicant's signature and include documentation to substantiate waiver of any ADSC.

5) Reserve officers, who are notified they will be released from active duty without their consent and who then apply for retirement and are retired under 10 U.S.C., 8911, are considered to have retired involuntarily. Thus, their retired grade is set according to 10 U.S.C. 1370(a)(1), provided any promotion ADSC is waived.

6) For Lt Colonels and Colonels wishing to voluntarily retire in their officer grade, 10 U.S.C. section 1370 (a) (2) reduced the requirement of having 3 years time in grade to 2 years, subject to a 2 percent limit per year. This provision expires in law 30 September 1995 but was extended until 30 September 1999 by P.L. 103-160, section 561; however; as of 30 June 1994, DoD has not yet authorized its use beyond 30 September 1995.

7) Members whose overseas tours are extended or curtailed will have their ADSC date adjusted to equal their date eligible for return from overseas (DEROS).

8) See the governing instruction for retirement eligibility criteria, allowable retirement date, and specific processing procedures.

9) When members have an ETS prior to the date they become retirement-eligible, and retirement in lieu of discharge is approved by the Secretary of the Air Force, the Secretary may direct extension of enlistment to allow the member to retire on the 1st day of the month after the month in which 20 years TAFMS is completed.

10) Officers with 20 years TAFMS who have completed less than 10 years (8 years if retired before 30 September 1995) Total Active Federal Commissioned Service (TAFCS) may apply for separation for the purpose of enlisting and retiring in an enlisted grade (see paragraph **3.8.**). P.L. 103-160, section 561 extended the provision of requiring only 8 years TAFCS to retire as an officer to 30 September 1999; however, as of 30 June 1994, DoD has not implemented this extension.

11) MPF ensures that officer grade determination action is completed and included with the case being forwarded (see **Table 3.2.**, note 2).

12) Applications usually are not acted upon between opening of a court-martial and sentencing. When sentence is set aside and a rehearing is authorized, case reverts to Rule 15 until the rehearing starts.

**Table 2.3. Retirement Under 7-Day Option.**

| RULE | A | B | C | D | E |
|---|---|---|---|---|---|
| | **If member is** | **and is** | **and as of** | **and has** | **then the member** |
| 1 | an officer in the grade of lieutenant colonel or below (see notes 1 and 2) | selected or nominated to attend an educational or training course, or has an ASD | the training selection or nomination or PCS notification date is eligible or within 12 months of being eligible for retirement | no ADSC or an ADSCD that will expire within 12 months after the event notification date | must retire on the date AFMPC determines to be in the best interest of the Air Force, but no later than 12 months after the event notification date. |
| 2 | | | | an ADSCD more than 12 months after the event notification date | is not eligible to retire under the 7-day option (see note 3). |
| 3 | a colonel or colonel selectee (see notes 1 and 4) | | the selection or nomination date or ASD, is eligible or within 3 months of being eligible for retirement | no ADSC or an ADSCD that will expire within 3 months after the event notification date | must retire no later than the first day of the fourth month after the event notification date. |
| 4 | | | | an ADSCD more than 3 months after the event notification date | may request waiver of the ADSC. If approved, member must retire by the first day of the fourth month after event notification date, or a date determined by HQ AFMPC to be in the best interest of the Air Force. If waiver is disapproved, member is not eligible to retire under the 7-day option. |

| RULE | A | B | C | D | E |
|---|---|---|---|---|---|
| | If member is | and is | and as of | and has | then the member |
| 5 | enlisted | completing a CONUS maximum stabilized tour (including extended or curtailed tour date) | tour completion date is eligible for retirement | no ADSCD | must retire on the first day of the month following tour completion date (see note 5). |
| 6 | | | | an ADSCD beyond tour completion date | is not eligible to retire under the 7-day option. |
| 7 | | | tour completion date is within 1 year of being eligible for retirement | no ADSCD | must retire on 1st day of the month following 20 years TAFMS. |
| 8 | enlisted | | | an ADSCD beyond 20 years TAFMS | is not eligible to retire under the 7-day option. |
| 9 | | completing an overseas tour (including extended or curtailed tour date) | DEROS is eligible for retirement | no ADSCD | must retire on the first day of the month following the DEROS. |
| 10 | | | | an ADSCD beyond DEROS | is not eligible to retire under the 7-day option policy. |
| 11 | | is selected or nominated for assignment or training while serving in the CONUS (including maximum CONUS tour when reassignment is not in conjunction with tour completion) | assignment notification date is eligible or within 6 months of being eligible for retirement | no ADSCD as of the retirement date specified in column E | must retire on or before the first day of the 7th month after the assignment notification date (see note 5). |

| RULE | A | B | C | D | E |
|---|---|---|---|---|---|
| | If member is | and is | and as of | and has | then the member |
| 12 | | | | an ADSCD beyond the first day of the seventh month following the assignment notification date | is not eligible to retire under the 7-day option policy. |
| 13 | | | assignment notification date is within 7 through 12 months of being eligible for retirement | no ADSCD | must retire on first day of the month following 20 years TAFMS. |
| 14 | | | | an ADSCD beyond 20 years TAFMS | is not eligible to retire under the 7-day option policy |

***NOTES:***

1) Lieutenant colonels and colonels must serve on active duty at least 3 years after the effective date of promotion to be eligible for voluntary retirement in those grades. However, if otherwise eligible to exercise the 7-day option, these officers may request retirement in the next lower grade. Send the signed request, with justification for waiver of any ADSC, by mail as part of the retirement application to HQ AFMPC/DPMARR2, 550 C St W, Ste 11, Randolph AFB TX 78150-4713 (or AFDPOB, 1040 Air Force Pentagon, Washington DC 20330-1040, for colonels and colonel selectees.) (The FY91 National Defense Authorization Act (NDAA) of 5 November 1990 reduced the requirement of having 3 years of TIG to 2 years and of having 10 years of active commissioned service to 8 years for officers to retire in their current grade. This provision of law expires 30 September 1995. P.L. 103-160, section 561 extended this measure until 30 September 1999; however, as of 30 Jun 94, DoD has not implemented this extension).

2) When officers (lieutenant colonel and below) apply for retirement before being notified of selection or nomination, the requested retirement date may be no later than 12 months from date of application.

3) See paragraph **2.19.4.** for retirement under other than 7-day option.

4) Colonels and colonel selectees serving overseas or on a CONUS maximum stabilized tour must retire no later than the first day of the month after DEROS or tour completion date, or on a date determined by HQ USAF/DPO to be in the best interest of the Air Force.

5) Retirement eligible enlisted members who, by reason of DOS, cannot retire the 1st day of the 7th month after assignment notification date must request retirement effective the first day of their current

DOS month. See AFI 36-2606 (formerly AFR 35-16, volume 1) for conditions under which an enlistment extension may be granted.

## Chapter 3

## VOLUNTARY RETIREMENT IN OFFICER OR ENLISTED STATUS

**3.1. Voluntary Authority. Table 3.1.** shows the section of law, and the conditions for applying for voluntary retirement. In addition, unless a member receives a waiver ( paragraph **2.18.**) or is entitled to retire in a higher grade (paragraph **7.2.** and paragraph **7.3.**), the member must meet the applicable time-in-grade (TIG) requirements shown in **Table 2.2.**) and **Chapter 7** (per 10 U.S.C. 1370). ***Note: The FY91 NDAA of 5 November 1990 (presently codified at 10 U.*** S.C. 8911[b]) reduced the requirement of having 10 years of active commissioned service to 8 years for officers who want to retire. This provision of law expires 30 September 1995. P.L. 103-160 section 561, extended this measure until 30 September 1999; however, as of 30 June 1994, DoD has not implemented this extension.

**3.2. General Procedures.** Eligible members may apply for retirement no earlier than 1 year before the desired retirement date, but no later than 120 days plus the desired amount of terminal leave and PTDY. Members may only apply if neither **Table 2.1.** or **Table 2.2.** restricts them. *EXCEPTION:* When the request is under the 7DO (see paragraph **2.19.**). Enlisted members ask for a retirement date that falls within their current enlistment or extension of enlistment.

3.2.1. The SAF may prescribe, for specific categories of members, either a longer or shorter application period.

3.2.2. The effective date of all nondisability retirements is set by 5 U.S.C. 8301 as the first day of the month after the month in which retirement otherwise would be effective.

3.2.3. The MPF takes the steps in **Table 3.2.** when processing retirement applications. Check to see if the applicant meets minimum eligibility requirements in **Table 3.1.** or is limited by restrictions in **Table 2.1.** or **Table 2.2.** Explain the effect of any restrictions and waiver procedures. When no restriction exists, give applicants a copy of the Preapplication Checklist ( attachment 7 ) before accepting the AF Form 1160. Answer any questions and have members sign the checklist to show that they understand the information provided. Put a signed copy of the Preapplication Checklist in Section 3 of the Unit Personnel Records Group (UPRG).

3.2.3.1. By message (during MINIMIZE, by mail), the MPF notifies the Colonel's Group (AFD-POB) when any colonel or colonel selectee applies for retirement. Send an information copy of the message to the MAJCOM Director of Personnel (DP) and to the intermediate level headquarters DP. Include the date of the application, requested date of retirement, the member's duty Air Force specialty code (AFSC), and the date on which terminal leave or PTDY (or both) will begin, if applicable.

3.2.3.2. The MPF makes sure that the AF Form 1160 is accurate and complete according to instructions on the AF Form 1160. Make sure that justification of any waiver request meets the requirement of **Chapter 2**, **Section 2C**.

3.2.3.3. In cases involving more than one waiver or one special program, the MPF shows in the remarks section of the PDS transaction all waiver codes and special program ID codes, for example, "WR30," "SP70." If any retirement action involves a request for waiver of a restriction, withdrawal of an application, or change of retirement month, enter the proper code in the PDS transaction. ***Note: HQ AFMPC holds these transactions pending receipt of the AF Form 1160***

***by mail.*** They won't act on requests without a matching PDS transaction. ( *EXCEPTION:* Officer applications submitted under the 7DO program are processed before receipt of the AF Form 1160.)

3.2.3.4. The MPF chief may designate the noncommissioned officer in charge (NCOIC), Personnel Relocations Element, or any member in the grade of at least a TSgt or equivalent civilian grade, as an authorized person to sign AF Form 1160, section III.

3.2.4. HQ AFMPC/DPMARR2 (or AFDPOB for colonels and colonel selectees) tells the MPF by PDS entry, by correspondence, or by issuing retirement orders, of the approval or disapproval decision.

3.2.5. A member who has applied for voluntary retirement:

- Remains liable for assignment or training within the limits of the retirement date.
- May not incur a voluntary service commitment that goes past the retirement date without withdrawing the application or getting an approved change in the retirement month.
- May become ineligible for promotion.
- May become ineligible to reenlist.

**3.3. Application by Members Assigned to Geographically Separated Unit (GSU).** GSU orderly room personnel help members to fill out AF Form 1160, section I, and arrange for a medical examination, if elected or required, as shown in **Table 3.2.** The GSU sends the AF Form 1160, with 1 copy, to the member's servicing MPF.

3.3.1. If a restriction in **Table 2.2.** applies, the GSU sends a request for waiver or other documents with the application.

3.3.1.1. If the member's commander is:

- On the GSU's base, the GSU also sends the commander's recommendation.
- Not on the same base, the servicing MPF asks the commander for the recommendation.

3.3.1.2. The GSU advises the commander about the member's application (as shown in **Table 3.2.**) even if the commander doesn't need to make a recommendation.

3.3.2. When the AF Form 1160 comes back to the MPF from the unit, the MPF processes it as shown in **Table 3.2.**

**3.4. Application by General Officers.** A general officer applies for retirement by sending a personal, handwritten letter to the Chief of Staff, or the HQ USAF DCS, Personnel, at least 4 months before the desired effective date.

3.4.1. Ordinarily, Brigadier or Major Generals must have served on active duty in the grade from which they are retiring for not less than 3 years.

3.4.1.1. The President may waive this time in cases involving extreme hardship or exceptional or unusual circumstances.

3.4.1.2. Officers who don't meet the time requirement retire in the next lower grade held on active duty satisfactorily for at least 6 months, as determined by the SAF.

3.4.2. Lieutenant Generals or Generals serving or having served in positions of importance and responsibility designated by the President to carry these grades, may, at the discretion of the President, be retired, by and with the advice and consent of the Senate, in the highest grade held while serving on active duty.

**3.5. Application by Members of Reserve Components Not on Extended Active Duty.** The MAJCOM for Air National Guard (ANG) members is the National Guard Bureau, Director of Personnel, (NGB/DP). For Air Force Reserve members, it is Headquarters Air Reserve Personnel Center (ARPC).

3.5.1. Authorities for Retirement.

3.5.1.1. ANG and Air Force Reserve enlisted members who accrue at least 20 years of active military service may retire under 10 U.S.C. 8914.

3.5.1.2. ANG and Air Force Reserve officers must have at least 20 years of active military service and also have 10 years active commissioned service (8 years if retiring between 1 October 1990 and 30 September 1995. P.L. 103-160 section 561 extended this measure until 30 September 1999; however, as of 30 June 1994, DoD has not implemented this extension). They retire under 10 U.S.C. 8911.

3.5.1.3. **Chapter 9** addresses Air Reserve Component members entitled to retired pay benefits at age 60, under 10 U.S.C. 1331.

3.5.2. Air Force Reserve members apply for retirement using AF Form 1160. Obtain the form from one of these sources:

- The servicing MPF.
- The consolidated Reserve personnel office (CRPO).
- HQ ARPC/DPAR, 6760 E Irvington Place, #1900, Denver CO 80280-1900.

3.5.3. Send the AF Form 1160 at least 90 days, plus any planned PTDY and terminal leave, before the desired retirement date. Fill in items 1 through 4 and 11, showing the member's home address in item 4 rather than the unit of assignment. Check the applicable block in item 10 to acknowledge member's transfer or current assignment to the Retired Reserve.

3.5.4. Submitting Applications. Send applications:

- From Reserve component members on extended active duty (EAD) to HQ AFMPC/DPMARR2.
- From non-EAD Reserve component members to HQ ARPC/DPAR.
- From Air National Guard (ANG) component members to HQ ARPC/DPAR with a copy to The Adjutant General of their state.

3.5.5. Reserve component members don't need a medical examination.

3.5.6. After receiving the AF Form 1160, HQ ARPC will:

- Establish a case file, prepare an audit to verify service, prepare a statement of service and attach it to the AF Form 1160.
- Forward pay application forms to the member and upon receipt, send the completed pay documents to the Defense Finance and Accounting Service, Cleveland Center (DFAS-CL).

- Publish retirement order and send copies to the member, CRPO, DFAS-CL, and others as appropriate.
- Prepare retirement certificates to mail with the orders and updates the PDS.

3.5.7. Air Force Reserve component members, retiring under 10 U.S.C. 8911 or 8914, must comply with other chapters of this instruction as applicable. For example, in **Table 2.2.**, rules 2, 3, 4, and 10 through 19 apply to these members; the remaining rules in that table do not apply due to the nature of the Reserve assignment system.

**3.6. Application for Release From Active Duty to Revert to Retired Status.** Release a member, who was called back to active duty from retired status for a specific period, on the last day of that duty and return the member to retired status on the next day. Release a recalled enlisted member who completes 30 years TAFMS or reaches 55 years of age, on the last day of the month when either occurs. Return the member to retired status the next day.

3.6.1. HQ AFMPC/DPMARR2 (or AFDPOB for colonels) starts release action 8 months before the date of release by sending a notice to the MPF.

3.6.1.1. The MPF processes the applications of members who ask for release before completing their specific or indefinite tour as shown in **Table 3.2.**

**3.7. Retired Pay Increase Due to Extraordinary Heroism.** Deeds of extraordinary heroism may entitle an enlisted member to receive 10 percent additional retired pay.

3.7.1. An enlisted member who receives the Medal of Honor, the Air Force Cross, or an equal Army or Navy decoration, receives the additional 10 percent in retired pay.

3.7.2. Those enlisted members who have the Silver Star, the Distinguished Flying Cross (DFC) for heroism in a noncombat action, or the Airman's Medal, may ask for a Secretarial decision on whether extraordinary heroism was involved and on award of the additional 10 percent retired pay.

3.7.3. Enlisted members who receive other decorations don't get the 10 percent increase even if the award involved heroism or heroic achievement.

3.7.4. Even though the enlisted member qualifies for the 10 percent increase, the total amount of retired pay can't be more than 75 percent of the member's active duty basic pay at the time of retirement.

3.7.4.1. Don't add this 10 percent to the basic pay multiplier; it is an additional 10 percent of the already calculated retired pay.

3.7.5. If an enlisted member claims extraordinary heroism, the MPF screens the member's records to see if it includes a Secretarial decision.

3.7.5.1. If the record established extraordinary heroism and the member qualifies for the 10 percent increase, fill in AF Form 1160, section I, and check the appropriate block in item 7. Attach the order or letter authorizing the additional retired pay.

3.7.5.2. If the records show no prior review, fill in AF Form 1160, Section I, and check proper block in item 7. Then:

- Attach a copy of order awarding the decoration and the official citation.

- If the award documents aren't in the records, get these documents from the member:
- • A citation or a statement by the enlisted member describing the act of heroism.
- • A narrative recommendation for award of the decoration, if available.
- • Any other related documents or facts the enlisted member may have that add to the data the Secretary needs in making the decision.

3.7.5.3. Mail the AF Form 1160 with appropriate documents to HQ AFMPC/DPMARR1.

**3.8. Officers Desiring Retirement in Enlisted Status.** Officers with 20 years TAFMS who wish to retire before completing 10 years of active commissioned service (8 years if retired before 30 September 1995. P.L. 103-160, section 561 extended this measure until 30 September 1999; however, as of 30 June 1994, DoD has not implemented this extension) must first be separated according to AFI 36-3207, *Administrative Separation of Commissioned Officers* (formerly AFR 36-12). They must also be accepted for, and enlisted in the Regular Air Force for the purpose of retirement.

3.8.1. The officer sends the resignation or request for release to the Separations Branch (HQ AFMPC/DPMARS) to be effective 3 calendar days before desired retirement date.

3.8.2. The MPF attaches a signed AF Form 1160 with these entries left blank: grade (item 3), effective date of retirement (item 11), and dates under items 12 and 14. The MPF also submits a separate letter requesting grade determination for enlistment.

3.8.3. After the approval of the officer's resignation or release, the Enlistment and Reenlistment Branch (HQ AFMPC/DPMAPE) makes a determination as to enlisted grade and sends enlistment authorization to the servicing MPF.

3.8.4. HQ AFMPC/DPMARS sends the AF Form 1160 to HQ AFMPC/DPMARR2.

3.8.5. When the member enlists in the Regular Air Force for the purpose of retiring, HQ AFMPC/DPMARR2 fills in the authorized enlisted grade in item 3 and the dates in items 11, 12, and 14 of the AF Form 1160. Only then does the completed AF Form 1160 become a valid application for retirement. At that time, HQ AFMPC/DPMARR2 publishes retirement orders and gives the MPF the special order number and fund citation by telephone.

3.8.5.1. The MPF must tell the officers they won't be able to take terminal leave or PTDY. Members must have retirement orders in hand before they can depart in a PTDY or leave status. Because orders under sub paragraph **3.8.** aren't published before the date of enlistment, PTDY or terminal leave isn't possible.

**3.9. Immediate Retirement of Members Removed From the Temporary Disability Retired List (TDRL).** Eligible members removed from the TDRL may ask for retirement for years of service or age upon removal from the TDRL (see AFR 36-3212, *Physical Evaluation for Retention, Retirement, and Separation* , paragraph 7.27 [formerly AFR 35-4]).

3.9.1. The USAF Physical Disability Retirements Division (HQ AFMPC/DPMAD) notifies the TDRL member of the Physical Evaluation Board (PEB) recommendation for removal from TDRL for the member's review and comments.

3.9.2. After the TDRL member responds, HQ AFMPC/ DPMAD submits the case for Secretarial determination.

3.9.3. A member so released initiates a request for retirement and returns the request to HQ AFMPC/ DPMAD to complete the processing.

3.9.4. HQ AFMPC/DPMAD advises HQ AFMPC/ DPMARR2 to issue orders effecting member's removal from the TDRL the last day of the month and service retirement on the 1st day of the following month. HQ AFMPC/DPMARR2 provides a copy of retirement order to HQ AFMPC/DPMAD who sends it to member.

**3.10. Suspension or Curtailment of Voluntary Retirement Due to National Emergency (Stop Loss).** When an emergency requirement makes it necessary to minimize active duty losses, the Air Force may suspend certain voluntary retirements. Members may be involuntarily retained as specified in 10 U.S.C. 671b when Congress is not in session, having adjourned sine die, and the President determines that it is in the national interest to do so.

3.10.1. When notified by the Officer Policy Division (HQ USAF/DPXO) and the Enlisted Policy Division (HQ USAF/DPXE) to suspend active duty losses, HQ AFMPC/DPMAR announces suspension of retirements by AIG message (includes MINIMIZE).

3.10.2. The Force Management Division (HQ USAF/ DPXF) determines if the suspension will be either across the board or selective.

*NOTE.* Officers with 20 years [minimum of 15 years if eligible and retiring under the early retirement program that ends 30 September 1995 (P.L. 102-484), and extended until 30 September 1999 (P.L. 103-160 section 561); DoD has not yet implemented this extension beyond 30 September 1995, therefore, the Air Force can only use this provision until 30 September 1995] active service who wish to retire before completing required years of active commissioned service must retire in enlisted status. The 30 September 1995 expiration of the 8 years commissioned service for retirement purposes was also extended until 30 September 1999 by P.L. 103-160 section 561, but DoD has not yet implemented this extension either. See AFIs 36-3207 (formerly AFR 36-12), and 36-2002 (formerly AFR 33-3), for requesting separation in order to enlist in the Regular Air Force for the purpose of retirement.

**Table 3.1. Voluntary Retirement.**

| RULE | A | B | C |
|---|---|---|---|
| | **If member is a** | **then authority for retirement is 10 U.S.C.** | **and approval is at** |
| **1** | Regular or Reserve officer who has at least 20 years active service (minimum of 15 years if eligible and retiring under the early retirement program that ends 30 September 1995), including 10 years active commissioned service (8 years if retiring between 1 October 1990 and 30 September 1995) and meets the time in grade requirements shown in paragraph **3.1.** (see note) | 8911 | discretion of the SAF or designee. |

| RULE | A | B | C |
|---|---|---|---|
| | **If member is a** | **then authority for retirement is 10 U.S.C.** | **and approval is at** |
| 2 | Regular officer who has at least 30 years active service as of retirement date | 8918 | discretion of SAF or designee. |
| 3 | Regular or Reserve officer who has at least 40 years active service as of the retirement date | 8924 | member's request. |
| 4 | Regular enlisted member who holds valid appointment as Reserve officer and who has active commissioned service as prescribed in rule 1 | 8911 | discretion of SAF or designee. |
| 5 | Regular or Reserve enlisted member who has at least 20 years (minimum of 15 years if retiring under the early retirement program that ends 30 September 1999) but less than 30 years active service as of retirement date | 8914. | |
| 6 | Regular enlisted member who has at least 30 years active service as of retirement date | 8917 | member's request. |

**Table 3.2. Preparing And Processing Application For Voluntary Retirement.**

| RULE | A | B | C | D |
|---|---|---|---|---|
| | **If the personnel action involves** | **and the member is retiring in** | **then the MPF** | **and** |
| 1 | application for voluntary retirement | officer status | completes section I of AF Form 1160 according to instructions on reverse of form; sends AF Form 1160 to member's unit for completion of section II; completes section III of AF Form 1160 (see note 1). When there is information that would raise doubts that the officer served satisfactorily in the higher grade, the MPF ensures the commander notifies officer that AFPC will make a grade determination (paragraph7.5.) (see note 2) | using the AF Form 1160 as a source document, enters PTI 958 within 1 workday after the AF Form 1160 is returned from the unit. Files original of AF Form 1160 in the UPRG as a permanent document, and holds a copy pending receipt of AFMPC decision. |

| | | | | |
|---|---|---|---|---|
| 2 | | enlisted status | completes section I of AF Form 1160; if necessary, extends member's enlistment according to AFI 36-2606 (formerly AFR 35-16), so that DOS is at least equal to requested retirement date; when applicable, enters "Highest Grade Held on Active Duty" in the PDS; obtains documents for use in making a grade determination for advancement consideration (see note 3); when PTI 958 includes lost time during current enlistment, reports inclusive dates and sends supporting documents to HQ AFMPC/DPMDOA, 550 C Street West, Ste 20, Randolph AFB TX 78150-4722; sends AF Form 1160 to member's unit for completion of Section II; completes Section III of AF Form 1160 (see note 1) | |
| 3 | | officer or enlisted status | when a restriction is involved, helps member to define and document a waiver request (documentation not required when requested retirement date is the 1st day of member's DOS month); includes expiration date and specific reason for a service commitment; obtains recommendation and supporting reasons from member's commander (see note 1) | makes sure that the PDS transaction contains both the waiver code and special program ID, when applicable, and the date AF Form 1160 was sent. Sends copy of AF Form 1160, with documentation, to HQ AFMPC/DPMARR2 (or to AFDPOB for colonels and colonel selectees) routing through the MAJCOM only when a restriction as defined in **Table 2.2.**, rules 11 through 19 applies. Files original of AF Form 1160 in UPRG as a permanent document and suspenses copy pending receipt of HQ AFMPC decision. |

| | | | | |
|---|---|---|---|---|
| 4 | election of a medical examination | officer or enlisted status | notifies medical facility that member has requested a medical examination. The medical facility uses the instructions in AFI 48-123 (formerly AFR 160-43) to determine the requirement and scope of the medical examination. If the facility schedules an examination, it may be no more than 1 year and no later than 60 days before retirement unless approved by HQ AFMPC/ DPMMM (Surgeon) | notifies those members scheduled for medical examination by the medical facility. Complies with **Chapter 5** and AFI 36-2102 (formerly AFR 35-17). |
| 5 | nonelection of a medical examination | | determines when the criteria in paragraph **5.1.** require an examination; when required, schedules the examination as prescribed by rule 4 in this table | when examination is required, notifies the member of examination appointment furnished by the medical facility, according to **Chapter 5** in this AFI and AFR 36-2102. |
| 6 | a request for change of retirement month (PTI 95A) | | completes section I of AF Form 1160 according to instructions on reverse of form; includes the expiration date and specific reason for a service commitment; obtains recommendation of member's commander (when waiving rules in **Table 2.2.**), to include reasons for the recommendation; completes Section III of AF Form 1160 (see note 2) | makes sure the PDS transaction contains the special program ID (and waiver code, when applicable), and the date AF Form 1160 was sent. Using a copy of AF Form 1160 as a source document, inputs PTI 95A or 95B, as appropriate, within 1 workday after the unit returns the AF Form 1160. Sends original of AF Form 1160 with documentation (only for withdrawals, extensions, or acceleration requiring waiver) to HQ AFMPC/ DPMARR2 (AFDPOB for colonels and colonel selectees), routing through the MAJCOM only when a restriction as defined in **Table 2.2.**, rules 11 through 19 applies. Files copy of AF Form 1160 in the UPRG as a temporary document and suspenses copy pending receipt of AFMPC decision. |
| 7 | a request for withdrawal of application (PTI 95B) | | | |

| | | | | |
|---|---|---|---|---|
| **8** | reporting any other circumstance that would alter the effect of the application or a previous request | | | |
| **9** | receipt of Report on Individual Personnel (RIP)-Retirement Action Notification | officer or enlisted status | on receipt of RIP from HQ AFMPC, notifies member of decision | on receipt of signed first endorsement from member, files in UPRG. |
| **10** | a claim for extra-ordinary heroism | enlisted status | checks the appropriate block in item 7 of AF Form 1160 when extraordinary heroism is claimed or has been established; refers to paragraph **3.7.** for information and action | attaches required documents and sends copy of AF Form 1160 to HQ AFMPC/DPMARR1. When not in connection with a retirement application, sends documents with the original of AF Form 1160. |

***NOTES:***

1. MPF makes sure AF Form 1160 goes to and returns from the unit within 7 workdays after the member signs the application.
2. Upon receiving a retirement application with questionable information that raises doubt the officer served satisfactorily in the higher grade, the MPF will notify the member's commander. The commander then informs the member that the AFPC will make a grade determination ( paragraph **7.5.**). The MPF sends the commander's recommendation and the officer's comments with the retirement application to HQ AFMPC/DPMARR2 (or to AFDPOB for colonels).
3. Within 5 workdays after updating PTI 958, the MPF mails copies of these documents to HQ AFMPC/DPMARR2:
   i. The order promoting member to the highest grade held;
   ii. The order or other documents effecting demotion; and
   iii. All of the member's enlisted performance reports (APRs or EPRs) while serving in the higher grade (include copy of the APR/EPR written following demotion action if member served at least 6 months in the higher grade during the period of the report).