## Chapter 7

## DETERMINING RETIRED GRADE AND PAY

**7.1. General Information.** This chapter gives information on appropriate retired grade, advancement to a higher grade on the retired list, computing service for retired pay and estimating retired pay. Service computation complies with the provisions of current laws including the Defense Officer Personnel Management Act (DOPMA). The information here is a guide, not a complete or authoritative reference on all these subjects. This information does not pertain to members addressed in **Chapter 9**, (non-Regular service at age 60) nor to members retired for disability (see AFI 36-3212).

**7.2. General Rules on Retired Grade:**

7.2.1. A commissioned officer retiring for years of service retires in the highest grade held on active duty for at least 6 months. However, for lieutenant colonels and colonels see paragraph **7.2.2.2.** 7.2.1.3. For brigadier and major generals, see paragraph **7.2.2.4.**

7.2.2. l. The SAF or designee determines if the service was satisfactory.

7.2.2.1. Officers who hold or held the positions shown in paragraph **7.3.** need only to serve satisfactorily on active duty in that grade for 1 day.

7.2.2.2. The FY91 National Defense Authorization Act (NDAA) of 5 November 1990 (P.L. 101-510, Div. A, Title V, section 552) reduced the requirement of having 3 years TIG to 2 years for lieutenant colonels and colonels wishing to retire in their current grade, subject to a 2 percent limitation in the Act. The Secretary of Defense authorized the Air Force to use this provision of law. This law expires 30 September 1995 (although P.L. 103-160 section 561 extended this provision to 30 September 1999, DoD has not yet authorized its use past 30 September 1995).

7.2.2.3. The SAF or designee may approve a limited number of voluntary retirements for lieutenant colonels and colonels who have served satisfactorily in their current grade for at least 2 years, as addressed in paragraph **7.2.2.2.**; otherwise, a lieutenant colonel or colonel must serve satisfactorily on active duty for 3 years.

7.2.2.4. Ordinarily, brigadier and major generals may voluntarily retire in grade if they served satisfactorily on active duty in that grade for least 3 years.

7.2.2.5. Even though officers don't meet the TIG criteria, the President may approve retirements of officers who have at least 6 months of satisfactory active duty in that grade. This approval happens in cases involving extreme hardship or exceptional or unusual circumstances.

7.2.2.6. Officers who don't meet the minimum TIG requirements, or whose waivers are not approved, retire in the next lower grade held on active duty satisfactorily for at least 6 months, as determined by the SAF or designee under 10 U.S.C. 1370(b).

7.2.3. Enlisted members of the Regular or Reserve forces retiring for other than disability retire in the Regular or Reserve grade held on the date of retirement unless entitled to a higher grade under some other provision of law.

7.2.4. Reserve officers who apply for retirement under 10 U.S.C. 8911 after being told they will be released from active duty involuntarily, retire in the highest grade held on active duty satisfactorily for at least 6 months.

**7.3. Higher Retired Grade for Regular Commissioned Officers in Special Positions.** A commissioned officer of the Regular Air Force who is serving or has served in a position of importance and responsibility under 10 U.S.C. 601 or a position identified in 10 U.S.C. 8962 (a) may, in the discretion of the President and with the advice and consent of the Senate, be retired in the highest grade held on active duty.

7.3.1. A permanent professor of the United States Air Force Academy who is in a grade below brigadier general retires, at the discretion of the President, in the grade of brigadier general under 10 U.S.C. 8962(b) and 1370, and paragraph **4.8.** of this AFI.

7.3.1.1. Compute retired pay using the rates for the grade held on the last day of active duty.

**7.4. Advancing Regular Enlisted Members to a Higher Grade After 30 Years of Service:**

**7.4.1. Advancement on the Retired List.** Regular enlisted members may, when their active service plus service on the retired list total 30 years, be advanced (on the retired list) and receive retired pay in the highest grade held on active duty satisfactorily, as determined by the SAF or designee under 10 U.S.C. 8964.

**7.4.2. Restoration of Former Grade.** Retired enlisted members who have been advanced on the retired list to a higher commissioned grade may, on approval of the SAF or designee, be restored to their former status on the retired list.

7.4.2.1. Members send requests to HQ AFMPC/ DPMARR2 within 3 months after being advanced.

7.4.2.2. An election to return to a former grade is not reversible (29 Comptroller General 179; 10 U.S.C. 8965).

**7.5. Satisfactory Service in a Higher Grade.** The SAF or designee decides if service in a higher grade was satisfactory.

7.5.1. The Air Force Personnel Council (AFPC) announces the SAF decision on cases:

7.5.1.1. That involve General Officers.

7.5.1.2. Where the highest grade held was terminated for cause (unless the member held the higher grade for at least 6 months during a previous period of service and received an honorable discharge in that grade).

7.5.1.3. Where evidence leaves doubt that the member served satisfactorily in the higher grade.

7.5.1.4. Where the member holds the higher grade at time of retirement and retirement is due to elimination or demotion action.

7.5.1.5. Where evidence proves that elimination for cause would have been proper at the time the member held highest grade. Commanders will:

- Notify members applying for retirement in lieu of administrative or punitive action that, even if the Air Force approves the retirement, they may be retired in a grade lower than the one in which they are currently serving, if the SAF or designee determines their service in the higher grade wasn't satisfactory.

- Submit, with the retirement application, any documentation to substantiate that the members' service in their current grade was satisfactory.
- Advise members that they may submit documentation to support their service in their current grade was satisfactory.

7.5.1.6. Where the member is eligible for advancement on the retired list (under 10 U.S.C. 8964) and held the highest grade on active duty for less than 6 months. ***Note: In any case where the member held a grade that is two or more grades higher than the retired grade and evidence shows that service in the highest grade wasn't satisfactory, the member may be advanced on the retired list to the next lower grade that was held satisfactorily on active duty.***

7.5.1.7. Where the member is eligible for advancement under 10 U.S.C. 8964 to a higher active duty grade attained after retirement. Such cases involve retired members who held positions in active Reserve organizations, were promoted to a higher grade than the one retired in, and had active duty in the higher grade for a total of at least 6 months. The member sends copies of the promotion order and documents verifying each period of active service while holding the higher grade to HQ AFMPC/ DPMARR2.

7.5.2. Under 10 U.S.C. 1370, the SAF or designee may retire an officer in a grade lower than the highest grade held when the officer did not hold the higher grade satisfactorily.

7.5.2.1. The commander:

- Notifies the officer in writing that the SAF or designee will make this grade determination in any case that involves doubts as to satisfactory service in the higher grade.
- Makes a recommendation regarding retirement grade and includes a statement to that effect.
- Gives the officer a reasonable amount of time to submit comments, through command channels, to the SAF or designee.

**7.6. General Information On Retired Pay Computation.** The Defense Finance Accounting Service-Cleveland Center computes retired pay under the provisions of the DoD Military Retired Pay Manual. However, use **Table 7.1.** for estimating retired pay. The active duty pay raise effective 1 January 1984 eliminated, for most members, the pay inversion mode that had existed since 1 October 1974.

**7.6.1. Pay Inversion.** Pay inversion meant that pay for retired members increased by frequent cost of living adjustments that were higher than active duty pay increases. This inversion caused some members to receive less retired pay than those who had retired earlier with the same service and grade.

7.6.1.1. Some senior colonels and general officers may benefit by using this provision in 10 U.S.C. 1401a(f) known as the Tower Amendment for retired pay computation.

7.6.1.2. Cost of living increases applied to retired pay are tied by law to Consumer Price Index (CPI) changes.

**7.6.2. Service Used in Computing Retired Pay.** This computation depends on which law the member retires under. In counting the years of service for the retired pay multiplier (**Table 7.1.**, column D), give credit at the rate of 2-1/2 percent per year; thus, credit 20 years as 50 percent.

7.6.2.1. In addition, for members who retired on or after 1 October 1983, credit each whole month of service at the rate of 1/12 of 2-$^1/_2$ percent per month, Don't count days if less than 30. Thus:

- 1 month is credited as .21 percent per month.
- 2 months as .43 percent.
- 3 months as .63 percent.
- 4 months as .83 percent.
- 5 months as 1.05 percent.
- 6 months as 1.25 percent.
- 7 months as 1.45 percent.
- 8 months as 1.68 percent.
- 9 months as 1.88 percent.
- 10 months as 2.08 percent.
- 11 months as 2.29 percent.

**EXAMPLE:** The multiplier for 20 years and 6 months of service is 51.25 percent.

7.6.2.2. If the member is retiring in a grade higher than the current active duty grade, use the monthly base pay the member would be entitled to if serving on active duty in the higher grade.

7.6.2.3. Retired pay can never be more than 75 percent of the member's monthly base pay.

7.6.2.4. **Table 7.1.**, note 2, and attachment 8 show how to compute service for officers under 10 U.S.C. 1405.

**7.6.3. Preventing a Pay Inversion.** The Tower Amendment, 10 U.S.C. 1401a(f) effective 7 October 1975, allows DFAS-CL to compute retired pay on an earlier rate of basic pay if that would be more favorable to the member.

7.6.3.1. The member must have been retirement eligible when the earlier rate of basic pay was in effect.

7.6.3.2. Only the amount of service and the grade held on the last date of the earlier rate may be used in the calculation.

7.6.3.3. For the purposes of retirement pay calculation, only statutory restrictions on time in grade (TIG) will be considered. TIG restrictions waivable by Air Force policy will be considered to be waived upon approval of the retirement application.

**7.6.4. Computing Retired Pay of Members Retiring on the Date of an Active Duty Raise.** By law (10 U.S.C. 8991), members retiring voluntarily on the date that an active duty pay increase goes into effect may use those rates in computing their retired pay (**Table 7.1.**, rules 1 through 4). *EXCEPTIONS:* Officers who do not have at least 20 years and 1 month of active military service, and regular colonels retiring on the mandatory retirement date established under the laws in effect before 15 September 1981 must use the old rates.

**7.6.5. Retired Pay Computation for Members Entering the Service on or After 8 September 1980.** Compute the retired pay of anyone who first entered a uniformed service (that is, was enlisted, inducted or appointed) on or after 8 September 1980 by a different method than is used for those already in the service. The law, 10 U.S.C. 1407, provides for calculating a retired pay base that is the average of a member's highest 36 months of active duty pay. It currently affects only new members who retire for physical disability.

**7.6.6. Retired Pay Computation for Members Entering the Service On or After 1 August 1986.**

The Military Retirement Reform Act (Public Law 99-348) further changed future retirement benefits for members entering military service (that is were enlisted, inducted or appointed on or after 1 August 1986).

7.6.6.1. Under the new system, for members who retire with less than 30 years of service, the pay multiplier is reduced by 1 percent for every year of service less than 30 years. Therefore, retired pay for 20 years of service is 40 percent of the highest 36 months of active duty pay. *EXAMPLES:* The multiplier for 22 years of service is 47 percent (55% minus 8); 24 years equals 54 percent (60% minus 6); 26 years equals 61 percent (65% minus 4), and so on.

7.6.6.2. The multiplier reverts to the full percentage point at 62 years of age.

7.6.6.3. The multiplier reduction is not applicable to disability and Reserve retirees.

7.6.6.4. Annual cost of living adjustments (COLAs) after retirement will be 1 percent less than the consumer price index (CPI). At age 62 the lost inflation reductions are restored to retired pay in a one-time recalculation. From then on, CPI minus 1 percent continues.

**7.7. Recomputation of Retired Pay To Show Advancement on the Retired List.** A member of the Air Force who is advanced to a higher grade according to **7.4.** is entitled to recompute retired pay on that advancement (10 U.S.C. 8992).

**7.8. Recomputation of Retired Pay To Show Later Active Duty.** A member entitled to retired pay, who is later recalled and serves on active duty (other than for training), is entitled to recompute retired pay on being released from that duty. (See 10 U.S.C. 1402.)

**7.9. Computing Retired Pay of a Member Involuntarily Reduced in Grade.** Members retire in the grade held on the date of retirement. However, members eligible to retire on the last day of the month before the date of reduction may compute pay on the basic rate of the higher grade. Compute retired pay based on the amount of service credited on the last day of the month before the reduction. Members are eligible if:

7.9.1. The reduction was not due to court martial.

7.9.2. The member completed the active duty service commitment of the higher grade.

**Table 7.1. General Rules for Estimating Retired Pay of Members Who Entered Duty Before 8**

**September 1980.**

| RULE | A | B | C | D | E |
|---|---|---|---|---|---|
| | **If member is retiring** | **under 10 U.S.C.** | **then take monthly basic pay member would receive based on** | **and multiply by 2 $^{1}/_{2}$ percent of the years of** | **and add** |
| 1 | in enlisted status | 8914 | active duty grade (see note 1) | active service (see note 2) | 10 percent of the product of column C and D for extra-ordinary heroism, total not to exceed 75 percent. |
| 2 | | | Reserve grade (if not on EAD) (see note 1) | | |
| 3 | | 8917 | active duty grade (see note 1) | | |
| 4 | voluntarily in officer status | 8911, 8918, 8920, or 8924 | active duty grade, permanent Reserve grade, or highest grade held satisfactorily (see note 1) | service computed per 10 U.S.C. 1405 (see note 2 and attachment 8 ). | |
| 5 | mandatorily in officer status | 633, 634, 635, 636, or 1251 | active duty grade or highest grade held satisfactorily (see note 1) | service for mandatory retirement or service computed per 10 U.S.C. 1405, whichever is greater (see note 2 and attachment 8 ) | amount necessary to increase product of column C and D to 50 percent of pay on which computation is based (see note 3). |

*NOTES:*

1. Compute at rates applicable on date of retirement.

2. Use only active service for determining an enlisted member's retired pay multiplier. Use service creditable according to 10 U.S.C. 1405 for determining an officer's retired pay multiplier. (See attachment 8. ) Credit member who retired on or after 1 October 1983 for each full month of service that is in addition to each full year of service, at the rate of 1/12 of 2 $^{1}/_{2}$ percent.

3. Applies to officers who were on active duty on 14 September 1981 and who are required to retire under 10 U.S.C. 1251 with less than 20 years active service.

**Attachment 3**

**RETIREMENT OPTIONS OR ENTITLEMENTS FACT SHEET**

MPF: Give a copy of this fact sheet to each member at the time you give them retirement orders or when final processing starts, whichever is earlier.

**A3.1. Retirement Planning**. Because you are nearing retirement, you must begin careful planning for after retirement. The place you retire and the entitlements based on the place of retirement are important parts of this planning. This fact sheet is a quick reference to help you make favorable decisions. This information is not all-inclusive, and there are exceptions, so you should seek personal counseling from your MPF and the Transportation Management Officer (TMO) *before* making firm plans, and *before* you move your family or household goods.

**A3.2. Place of Retirement**. All members stationed in the CONUS must retire at their current duty station. (Members assigned to Geographically Separated Units (GSU) may have to go to the nearest Air Force base that has a MPF to complete retirement processing.) Members stationed overseas may retire at the overseas duty station or a processing station of choice in the CONUS. The option as to place of retirement is the same whether you retire for service or for disability. The place of retirement has a direct effect on entitlement to movement of household goods. Paragraph A3.3 and table A3.1 at the end of this fact sheet outlines these entitlements.

**A3.3. Entitlement to Movement of Household Goods.** All members retiring for length of service (immediately following at least 8 years of continuous active duty with no single break in service of more than 90 days), and all members retiring for physical disability (without regard for length of service) are entitled to travel to a "home of selection" (retirement home). This entitlement includes travel for yourself and your authorized family members, and shipment of your household goods (including storage, if required). However, if you had less than 18 years active service as of 1 November 1981, you may receive travel and transportation allowances to any place within the United States, a place outside the United States from which you were first called or ordered to active duty to your first duty station, or to any other place at a cost not to exceed what it would have cost the government had you selected a home at a specified place in the CONUS (JFTR, volume I, paragraph U5130; AFI 24-501 [formerly AFR 75-25, chapter 5]). Members retiring in the CONUS who wish to move to an overseas home of selection *must* contact the embassy of the country concerned, in advance of travel, for information about the documents necessary in order to meet host government residency requirements. In all cases, you *must* receive your retirement orders (or know the order number, date, and fund citation) before traveling or shipping and storing your HHGs. Travel to your home of selection *must* be completed and household goods turned over to a military TMO or to a carrier for shipment within 1 year from date of retirement. ***EXCEPTION:*** This 1 year limitation may be extended for reason of hospitalization or medical treatment, education or training (approved by the Director, Joint Personal Property Shipping Office San Antonio, 8961 Tesoro Drive, Suite 300, San Antonio TX 78286-6209), or other deserving reasons (approved by HQ AFMPC/DPMAR), as provided in JFTR, volume I, paragraph U5130, and AFI 24-101, *Passenger Travel* (formerly AFR 75-8) and AFI 24-501, *Do-It-Yourself (DITY)* (formerly AFR 75-25).

A3.3.1. The appropriate HQs issues retirement orders for members retiring for length of service as early as possible after approval of the retirement (usually within 60 days), if they can get the accounting classification fund citation and verify the service computation.

A3.3.2. You may move to a home of selection as soon as you receive retirement orders. Unless you receive an extension of the time limit for hospitalization or medical treatment, household goods may not stay in nontemporary storage at government expense for longer than 1 year immediately following date of retirement (termination of active duty) (JFTR, volume I, chapter 5, Part B, and 37 U.S.C. 401[d]). When appropriate personnel extend the home of selection time limit based on education, training, or other deserving cases, household goods may continue in nontemporary storage at government rates, but you must reimburse the government for these costs. With some exceptions, you may ship household goods from the last or any previous permanent duty station, from storage, or from the place last moved at government expense (or a combination of those places), to a designated home of selection. You may make shipment between other points if you pay costs in excess of shipment in one lot between the last permanent duty station and the home of selection (JFTR, volume I, chapter 5, Part B).

A.3.3.3. An officer who separates and enlists for the purpose of retirement in enlisted status is not entitled to shipment of household goods and travel of authorized family members based on separation orders.

**A3.4. Summary of Entitlements to Movement of Household Goods:**

A3.4.1. For members stationed in CONUS:

A3.4.1.1. If living in government quarters, you may move at government expense to civilian quarters in the local area, then later move at government expense to home of selection. A move at government expense from local civilian quarters to other local civilian quarters will use up your entitlement to a further move to a final home of selection.

A3.4.1.2. You may put household goods in nontemporary storage while deciding on a home of selection, then move at government expense to home of selection. Storage at government expense expires no later than 1 year following retirement unless you get an authorized or approved time extension based on hospitalization or medical treatment.

A3.4.1.3. You may move directly to home of selection at government expense.

A3.4.2. For members stationed overseas:

A3.4.2.1. You may retire at an overseas duty station. You must satisfy host government residency requirements *before* retirement, unless you are stationed in Alaska, Hawaii, or a US territory or possession. See the options and procedures outlined in A3.4.1, which also apply to members stationed overseas. You must pay any import taxes or duties imposed on your personal property by the host government, territory, or possession.

A3.4.3. You may retire at a processing station of choice in the CONUS as long as it has an MPF with retirement processing capability. From the processing station of choice you may:

A3.4.3.1.Put household goods in nontemporary storage at the CONUS port for up to 1 year following retirement while deciding on a home of selection, then move at Government expense to home of selection.

A3.4.3.2. Have all or part of your HHG delivered in the vicinity of the retirement processing point while deciding on a HOS; then move to a HOS at government expense. Understand that you must pay all costs for recapping, recrating and duplicating delivery storage charges associated with the reshipment from the processing point to the final HOS by way of the port. You may continue to keep your HHG placed in Nontemporary Storage (NTS) during the overseas tour for up to 1 year after retirement and then have them shipped to HOS. You may not ship them to the processing station unless that is your HOS.

A3.4.3.3. You may move directly to your home of selection at government expense. NOTE: For members retiring in CONUS who are non-CONUS residents (that is, whose home of record is outside the 48 CONUS states): Travel entitlements are the same as if travel was to a CONUS state. However, you use your home of selection entitlement when you move to a home in an overseas state at government expense.

**Table A3.1. Retirement Options or Entitlements.**

| | Options | | | Entitlements | | |
|---|---|---|---|---|---|---|
| L | A | B | C | D | E | F |
| I N E | **Members stationed** | **may retire at** | **and move off base in local area** | **place house-hold goods in nontemporary storage (see note 1)** | **have house-hold goods delivered in vicinity of retirement processing point** | **ship household goods to home of selection (see notes 2 and 3).** |
| **1** | overseas | overseas duty station (see note 4) | Yes (see note 5) | Yes | No | Yes |
| **2** | | Separation Processing Base of Choice (SPBC) | No | Yes (see note 3) | Yes (see note 6) | |
| **3** | in CONUS | duty station only | Yes (see note 5) | Yes | | |

*NOTES:*

1. Nontemporary storage at government expense expires no later than one year following retirement.
2. Temporary storage may be authorized, depending on circumstances.
3. Travel (by non-CONUS residents) at government expense to home territory or an overseas state, in connection with retirement, usually exhausts all home of selection entitlements.
4. Member must satisfy host government requirements before retirement (except for members stationed in Alaska, Hawaii, or US territories and possessions).
5. Member must have received retirement orders (or know the order number, date, and fund citation) and must NOT enter a claim or receive payment for travel and transportation allowances before arrival at final home of selection.
6. Member is liable for any excess cost for unpacking, packing, hauling, and so forth.

**Attachment 7**

## PREAPPLICATION CHECKLIST

(MPF attaches a signed copy of this checklist to the AF Form 1160 and files it in Section 3 of the UPRG as a permanent document)

### GENERAL EFFECTS OF RETIREMENT APPLICATION

**A7.1. I understand that by applying for retirement, I:**

A7.1.1. Remain liable for assignment or training within the limits of the retirement date asked for or approved.

A7.1.2. May not incur a voluntary service commitment that goes beyond an approved retirement date unless I withdraw the application or receive approval of a request for change in retirement date.

A7.1.3. Do not have to fulfill an involuntary service commitment if it goes beyond an approved retirement date, except in unusual circumstances.

A7.1.4. May become ineligible to reenlist.

A7.1.5. May have to reimburse the Government the cost of advanced education equal to any unserved or unearned portion of a service commitment incurred due to Advanced Education Assistance programs.

### EFFECTS OF RETIREMENT APPLICATION ON PROMOTION ELIGIBILITY

**A7.2.** If stationed overseas, I become ineligible for promotion if I apply for retirement on or after the 25th day of the 8th month prior to their DEROS. ***EXCEPTION:*** Overseas members who file retirement applications due to HYT, do not become ineligible for promotion.

### TERMINAL LEAVE (AFI 36-3003 [formerly AFR 35-9])

**A7.3. If I plan to request leave in connection with retirement (Terminal Leave), I understand that:**

A7.3.1. I must apply for retirement far enough in advance to allow at least 4 months of lead time for processing the application and issuing orders, plus the desired number of days of leave. (***EXAMPLE:*** If my requested retirement date is 1 July, and I want 30 days of terminal leave, I submit my application no later than 1 February.) Otherwise, I might not receive retirement orders before the date I am scheduled to depart on terminal leave.

A7.3.2. I understand that authorization for leave in connection with retirement (terminal leave) is not automatic. My commander must approve it.

A7.3.3. I understand that I may not extend my approved retirement date, or withdraw my application, solely to allow me to take terminal leave.

### RETIREMENT UNDER THE 7-DAY OPTION (AFI 36-2303, paragraph 2.19 [formerly AFR 35-7] and AFI 36-2110 [formerly AFRs 36-20 and 39-11])

**A7.4.** I understand that if I am applying for retirement under the 7-day option program, I must apply within the time period after assignment notification and for a date within the time period specified in the referenced instructions. If I am an enlisted member, I understand that an approved application for retirement under the 7-day option program may make me ineligible for promotion.

**WITHDRAWAL OF APPROVED RETIREMENT OR EXTENSION OF RETIREMENT DATE (AFI 36-3203, paragraphs 2.21 and 5.7)**

**A7.5. I understand that after my requested retirement date has been approved:**

A7.5.1. I may withdraw my application for retirement or extend the effective date of retirement only for one of these reasons:

- For a fully documented hardship that has occurred since I applied for retirement.
- In the best interest of the Air Force.
- To accept a valid active duty promotion that I was selected for and notified of after I applied for retirement.

A7.5.2. I normally will not be allowed to withdraw if I applied for retirement under the 7-Day Option (7DO) program.

A7.5.3. I can expect to retire on the approved date unless I am placed in administrative hold or medical hold (approved only by HQ AFMPC/DPMMM) and should remain in either status beyond my approved date. However, I can be carried past my original retirement date only if my orders are rescinded by HQ AFMPC/DPMARR2 (AFDPOB for colonels) before the effective date.

A7.5.4. I may not request extension or withdrawal of an approved retirement for the sole purpose of receiving promotion consideration during a forthcoming cycle.

**EXTENSION OF DOS TO RETIRE COINCIDENT WITH HIGH YEAR OF TENURE (HYT) DATE**

**A7.6.** If I am an enlisted member and my DOS precludes my retirement on completion of the maximum active service allowed for my grade, I understand I may request a 1-month enlistment extension in order to retire on the 1st day of the month following the month in which my HYT date occurs.

**UNDERSTANDING OF RETIRED PAY COMPUTATION (AFI 36-3203, chapter 7)**

**A7.7.** I have been counseled on the effect my proposed retirement date will have on my retired pay and have been given a retired pay estimate.

A7.7.1. I understand that DFAS-CL computes retired pay under the applicable formula established by law, according to my grade and years of service. Retired pay is computed by multiplying the monthly active duty base pay I receive now, or will receive at time of retirement, by 2-1/2 percent for each year of active service, if I am retiring in an enlisted status, or each year of service creditable under 10 U.S.C. 1405, if I am retiring as an officer. I understand that my retired pay may also be computed, if more favorable to me, using the provision of law in 10 U.S.C. 1401a(f) as shown in paragraph 7.6.3.

A7.7.2. I understand that military members are paid a specified amount of basic pay when they have served 1 day past any longevity-increase point established within each pay grade. For colonels, master sergeants, senior master sergeants, and chief master sergeants, longevity increases in basic pay occur at the "over 20," "over 22," "over 24" and "over 26" years of service points. To receive active duty and retired pay at any longevity-increase point, I understand I must have completed the full number of years of service, plus 1 day. ***EXAMPLE:*** To be paid at "over 22" I must have completed the full 22 years plus 1 day of service. If I have not served that 1 extra day, I understand DFAS-CL will compute my pay on the next lower longevity increase; that is, if I have exactly 22 years of service for basic pay, my pay must be computed on rates "over 20."

A7.7.3. I understand that service for the retired pay multiplier is credited differently. In addition to the years of active service (enlisted) or 1405 service (officers) completed, I will be credited with each month completed at the rate of 1/12 of 2-1/2 percent per month. ***EXAMPLE:*** An enlisted member who has 20 years and 1 month of active service has a retired pay multiplier of 50.21 percent; 21 years and 7 months, 53.95 percent, and so on.

A7.7.4. For officers, the retired pay multiplier is determined by their service computed under 10 U.S.C. 1405, as indicated in paragraph A7.7.3. Officers' 1405 service is the same as their service for basic pay unless they had a break in active service or performed inactive Reserve service after 1 June 1958 (the date that 10 U.S.C. 1405 was enacted). The service that is creditable under section 1405 is shown in AFI 36-3203, attachment 8, paragraph A8.3. Also, HQ AFMPC Records Management Division computes 1405 service dates for all retirement-eligible officers from the officer's master personnel records and enters them in the PDS. Base-level personnel may retrieve these dates by entering DIN SAI.

A7.7.5. I understand that if my retirement is effective on the same date as an active duty pay raise, my retired pay may be computed on the new pay rates (see AFI 36-3203, paragraph 7.6.4)--unless I am an officer retiring with less than 20 years and 1 month of active military service or a Regular colonel retiring on my mandatory retirement date as established under pre-DOPMA laws (see AFI 36-3203, table 4.1, note 2).

A7.7.6. I certify that all aspects of retired pay have been explained to me to my satisfaction, and how they may apply in my case. Appropriate personnel have discussed my retired pay estimate with me, and I fully understand how they calculated it. I further understand that, once I have chosen a retirement date, I may not extend that date or withdraw my application for the sole purpose of increasing my retired pay.

A7.7.7. I understand that if I have received separation, severance or readjustment pay under any provision of law for service in the armed forces, and if I later qualify for retired pay, that DFAS-CL will reduce each payment of retired pay until the total amount deducted equals the total amount of separation, severance or readjustment pay.

**RECEIPT OF RETIREMENT ORDERS**

**A7.8.** I understand that if the appropriate HQ approves my retirement application, and I am within 1 year of retirement, I can expect to receive retirement orders within 60 days from the date the MPF hears of the approval.

**RECALL TO ACTIVE DUTY AFTER RETIREMENT**

**A7.9.** I understand that if I am a retired Regular member, or a member of the Retired Reserve who has retired under 10 U.S.C. 8911 or 8914, the SAF may order me to active duty at any time after I retire (10 U.S.C. 688). If I am a member of the Retired Reserve and have not completed 20 years of active service, I understand the SAF will not recall me involuntarily unless the SAF determines that not enough qualified Reserves are readily available to supply the needed skills (10 U.S.C. 672[a] and 675).

**ACKNOWLEDGMENT OF UNDERSTANDING**

I acknowledge that I have been advised of the effects of my retirement application and am satisfied that all the subjects in this paper have been adequately covered. I have been given the opportunity to ask additional questions or request further information in connection with my retirement.

(Signature) (Date)

## Attachment 8

## RETIRED PAY EXAMPLES AND EXPLANATORY REMARKS

**A8.1.** Using proper service dates and personnel data, a prospective voluntary retiree should be able to estimate retired pay based on several options now available and select a retirement date offering the most advantageous option.

A8.1.1. For officers, significant dates are:

- Total Active Federal Military Service Date (TAFMSD).
- Total Active Federal Commissioned Service Date (TAFCSD).
- Pay date (total military service).
- Effective date of promotion (not date of rank) or appointment to the grade in which the officer expects to retire.
- 10 U.S.C. 1405 service.

A8.1.2. For enlisted personnel, significant dates are:

- TAFMSD.
- Pay date.
- Effective date of promotion (not date of rank) to grade in which the member expects to retire.

**A8.2.** The service dates needed for estimating retired pay are in the PDS and, with the exception of 10 U.S.C. 1405 service explained below, on AF Form 1613 or (old) DD Form 13, Statement of Service, which HQ AFMPC/DPMDOO sends to the MPF for file in the unit personnel record group according to AFI 36-2604 (formerly AFR 35-3). The member should verify and agree with the dates shown or request correction.

**A8.3.** Figure the years of service for officers according to 10 U.S.C. 1405 by adding together the numbers in paragraphs A8.3.1 through A8.3.4:

A8.3.1. Years of active service.

A8.3.2. A maximum of 4 years of constructive service for education or training may be credited to officers who, on 14 September 1981, were designated as medical or dental officers, or commissioned officers of the Public Health Service, or to any person who, on 14 September 1981, was participating in a program leading to a Medical or Dental Corps appointment. Medical officers may be credited with 1 additional year for medical internship or the equivalent.

A8.3.3. Years of service not in paragraphs A8.3.1 or A8.3.2, that were creditable for basic pay before 1 June 1958. Include all inactive Reserve service or active service with the Commissioned Corps of the Public Health Service from 29 July 1945 through 3 July 1952 when the Commissioned Corps was a military service.

A8.3.4. One day's service for each point earned while not on active duty after 31 May 1958 subject to a limit of 60 points in any 1 year. Include inactive duty training points and gratuitous points. ***NOTE:*** See AFI 36-8001 (formerly AFR 35-41, volume 2) for more detailed information on creditable points. Member usually receives an annual retirement credit summary reflecting points earned while affiliated with a Reserve unit.

**A8.4.** HQ AFMPC/DPMDOO computes an officer's 1405 service date (from the officer's master personnel record) and enters it in the PDS at the officer's 18-years of active service point. If the 1405 service date appears in the Headquarters Air Force (HAF) file but not in the base-level file, entering PTI HO3 VDD 407 adds it to the base-level file.

# MILITARY RETIREMENT ACTIONS

*(Read instructions on reverse page before filling out this IMT)*

*Privacy Act Statement*

*AUTHORITY: 10 U.S.C., Chapters 33, 59, 63, 67, 69, 71, 835, 867, 869, 1223, 8013; 44 U.S.C., Sect 3101, and EO 9397.*
*PRINCIPAL PURPOSE: To apply for retirement; request waiver of retirement restriction, change of month or withdraw approved application. Used to request retirement date, determine retired grade, prepare documents including retirement orders, and evaluate justification for a waiver request.*
*ROUTINE USE: None.*
*DISCLOSURE IS VOLUNTARY: Refusal to divulge information may delay or halt further processing of the case, preclude proper evaluation of a hardship situation, and jeopardize member's entitlement to retired pay benefits. SSN is necessary to ensure positive identification.*

## I. COMPLETED BY INDIVIDUAL AND MILITARY PERSONNEL FLIGHT (MPF)

1. NAME *(Last, First, Middle Initial)* | 2. SSN :

3. GRADE: | 4. HIGHEST ACTIVE DUTY GRADE: | 5. CURRENT RESERVE GRADE *(If applicable)*:

6. UNIT OF ASSIGNMENT:

7. PLACE RETIREMENT DESIRED *(City and State)*:

8. EXTRAORDINARY HEROISM ENTITLEMENT *(Airman only)*: ☐ ESTABLISHED ☐ CLAIMED ☐ NOT APPLICABLE

9. ACTION REQUESTED (Check applicable box): ☐ A. VOLUNTARY RETIREMENT ☐ B. CHANGE REQUESTED OR APPROVED DATE OF RETIREMENT ☐ C. WITHDRAW APPROVED RETIREMENT ☐ D. RETIRE ON MANDATORY DATE

10. I HAVE READ AFI 36-3203, *SERVICE RETIREMENTS*, PARAGRAPHS 2.11, 3.2.5, AND CHAPTER 7, AND UNDERSTAND THE EFFECTS OF THE REQUESTED ACTION. I RECEIVED AND SIGNED AFI 36-3203, ATTACHMENT 7. I REQUEST APPROVAL OF THE ACTION CHECKED IN ITEM 9 ABOVE.

| RETIREMENT EFFECTIVE DATE: | DATE APPLICANT SIGNED: | SIGNATURE OF APPLICANT: |
|---|---|---|
| | | |

## II. ACTION BY UNIT

11. A. Member is subject to conditions or restrictions as shown in AFI 36-3203, Table 2-1 or Table 2-2. ☐ YES ☐ NO
B. Documentation ☐ IS ATTACHED ☐ IS NOT ATTACHED

12. Officer Grade Determination (OGD) Requirements *(Check appropriate boxes)*:
A. Officer ☐ has ☐ has not HAD A COURT-MARTIAL CONVICTION.
B. Officer ☐ has ☐ has not HAD A CIVIL COURT CONVICTION FOR MISCONDUCT.
C. Officer ☐ has ☐ has not BEEN PUNISHED PURSUANT TO ARTICLE 15, UNIFORM CODE OF MILITARY JUSTICE (UCMJ), WITHIN 2 YEARS OF THIS APPLICATION FOR RETIREMENT.
D. I ☐ do ☐ do not FIND ANOTHER BASIS FOR AN OGD.

| DATE | TYPED NAME, GRADE AND TITLE OF COMMANDER OR DESIGNATED REPRESENTATIVE | SIGNATURE OF COMMANDER OR DESIGNATED REPRESENTATIVE: |
|---|---|---|
| | | |

## III. ACTION BY MPF (Check appropriate code[s])

13. A. WAIVER CODES: ☐21 ☐22 ☐23 ☐24 ☐25 ☐26 ☐27 ☐28 ☐29 ☐30 ☐31 ☐32 ☐33 ☐34 ☐35 ☐36 ☐37 ☐38 ☐39 ☐40 ☐00
B. SPECIAL PROGRAM IDENTIFIER: ☐69 ☐70 ☐71 ☐72 ☐73 ☐74 ☐76 ☐77 ☐78 ☐79 ☐80 ☐88 ☐91 ☐93 ☐00

14. A. RESTRICTIONS (AFI 36-3203, Table 2.2) *(Cite specific rule[s])* | B. DOCUMENTATION ☐ REQUIRED ☐ NOT REQUIRED

| DATE | TYPED NAME, GRADE, TITLE, AND HEADQUARTERS OF CHIEF MPF OR DESIGNATED REPRESENTATIVE | SIGNATURE OF MFP CHIEF OR DESIGNATED REPRESENTATIVE |
|---|---|---|
| | | |

15. CLEARED FOR INPUT TO PERSONNEL DATA SYSTEM (PDS): ☐ YES ☐ NO

## IV. REMARKS *(Use for additional information. Identify item numbers to which data applies. If additional space is needed, continue on bond paper.)*

DSA 55

## INSTRUCTIONS

Fill out original application and make the following copies: (1) Two copies for voluntary retirement or retirement on mandatory date; (2) Three copies when request is for waiver of a restriction, withdrawal or change of retirement month; (3) Four copies when Table 2.1 and Table 2.2 of AFI 36-3203, *Service Retirements*, apply. Send this request through the Major Command.

**1 through 4** Self-explanatory.

**5.** To be completed ONLY by personnel serving at a duty station outside continental United States (CONUS) on last assignment.

**6.** Enter ONLY if highest grade served on active duty with any branch of service is higher than current grade.

**7.** To be completed ONLY by member retiring in airman status. *(See AFI 36-3203, para 3.8.)*

**8.** Self-explanatory.

**9.** Member will check appropriate block as shown below if applicant is:

9A. A Regular Officer requesting voluntary retirement on or earlier than mandatory retirement date (MRD) or a Reserve Officer or Regular Enlisted requesting voluntary retirement.

9B. An officer or enlisted requesting a change of a requested or approved date of retirement. *(Enter new requested data in Item 10.)*

9C. An officer or enlisted requesting withdrawal of approved retirement.

9D. A regular officer or reserve captain or major requesting mandatory retirement on scheduled mandatory date.

**10.** Member will sign ONLY after having read AFI 36-3203, paras 2.11., 3.2.5., and Chapter 7. By signing the preapplication checklist (Attachment 7), the member acknowledges a thorough understanding of the effects of this action. Enter requested retirement date, applicant's signature and date.

**11A & 11B.** Commander indicates if member is subject to conditions that would prohibit submission of a retirement request or restrictions that may be waived in the Best Interest of the Air Force or for Hardship not common to other Air Force members. If restrictions apply, documentation must be attached.

**12.** Commander will check appropriate boxes, date and sign. *(See AFI 36-3203, para 7.5.)*

**13A & 13B.** Military Personnel Flight (MPF) specialist processing application will check appropriate Waiver Code(s) and Special Program Identifier that is applicable.

**14A & 14B.** To be dated and signed by person authorized by MPF chief. If restrictions apply that require documentation, forward original of request with documents to HQ AFPC/DPPRR. Documentation will include unit commander's recommendation.

**15.** To be completed by person authorized by MPF Chief to sign.

**IV. REMARKS** Use this section for comments related to other items on the IMT. Precede each comment with applicable Item Number, e.g., "11B. DOCUMENTATION." Each entry will be initialed by the person who makes the entry. Use bond paper for continuation of this section. Indicate "Remarks continued" on last line of Section IV.

DSA 56